**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FREEPLAY MUSIC, LLC, | Civil Action No. _____ |
| Plaintiff, | |
| v. | **COMPLAINT AND** |
| | **JURY DEMAND** |
| SUN TV NETWORK LTD., | |
| Defendant. | |

Plaintiff Freeplay Music, LLC ("FPM"), through its undersigned attorneys, Baker &

Hostetler LLP, complains of defendant Sun TV Network Ltd. ("Defendant"):

## Nature of the Action

1.      By this complaint, FPM—a music publisher that has invested and risked money, time,

and energy to develop its catalogue of copyrights—seeks redress for Defendant's copyright

infringement.  Defendant has been exploiting, without authorization, 194 of FPM's copyrighted

sound recordings and compositions by incorporating them into videos broadcast on its channels.

Despite being on notice of its infringement, Defendant has refused to remedy its wrongdoing,

leaving FPM no alternative but to bring this action.

## Parties

2.      FPM is a Delaware limited liability company, with a principle place of business in New

York, New York.

3.      Sun TV Network Ltd. is a company incorporated in India.  Its principal address is

Murasoli Maran Towers, 73, MRC Nagar Main Road, MRC Nagar, Chennai – 600 028, Tamil

Nadu, India.

**Jurisdiction and Venue**

4.      FPM's claims arise under the Copyright Act, 17 U.S.C. § 101 *et seq*.  Subject matter

jurisdiction over this action is conferred upon this Court by 28 U.S.C. §§ 1331 and 1338.

5.      Venue in this District is proper under 28 U.S.C. § 1391.

6.      The Court has personal jurisdiction over Defendant because, upon information and belief,

it derives substantial revenue from interstate commerce, conducts systematic and continuous

business over the Internet, and has performed acts causing harm to FPM, including infringing

copyrights belonging to FPM, a New York copyright holder, which gives rise to this action.

7.      Upon information and belief, the Defendant broadcasts its channels in the United States,

including New York.

8.      Defendant uploaded the videos containing FPM's copyrighted music to the Internet for

public access.

9.      Defendant posted 1203 videos to the Internet to advertise to viewers, including those in

New York.

**FPM and Its Business**

10.      In 2001, Scott Schreer, one of America's most prolific and performed TV composers and

producers, launched FPM, a high quality online music library.  Schreer, whose credits include,

among many others, the *NFL on Fox* theme, is also a contributing composer to a portion of

FPM's catalogue.

11.      FPM makes its catalogue available on its website.  To download music, a user must

obtain a license that corresponds to the user's use (i.e., personal, commercial, etc.).  The cost of

such license varies depending on use.

12.    With over 200,000,000 impressions to its website as of 2013, FPM is one of the most widely trafficked production music libraries in the industry.  Since August 2013, FPM has issued over 3 million licenses to the copyrighted music in its library.

13.    When a user logs on to FPM's website, http://www.freeplaymusic.com/, the user is presented with a variety of choices and thousands of musical works (i.e., sound recordings and the underlying musical compositions), all of which are available for certain types of exploitation.

14.    All use of FPM's music requires a license.

15.    Until 2013, any exploitation of FPM's music "posted on a website" required a paid license.  After July 2013, a user could obtain a free license to use certain music in FPM's catalogue on YouTube, provided it was for "personal use only."

16.    At all times relevant, any "business use" of FPM's music has required a paid license. The uses complained of herein are business uses.

## Defendant

17.    Upon information and belief, Defendant is India's largest media conglomerate with 33 TV channels.

18.    Upon information and belief, Defendant's channels can be viewed in 27 countries, including the United States and specifically New York, Canada, Europe, Singapore, Malaysia, Sri Lanka, South Africa, Australia and New Zealand.

19.    Upon information and belief, the genre of Defendant's channels fall within several categories, including: serials, music, news, comedy, movies, kids, films, lifestyle and spiritual.

20.    Upon information and belief, Defendant promotes itself and markets its products and services to its customers through videos.  The videos are available online, including, but not

limited to, the Internet site hosted by YouTube.  Upon information and belief, the videos identified herein are used to promote Defendant and Defendant's channels.

21.    Defendant broadcasts its programming through "DISH Network LLC" a company providing satellite TV to subscribers throughout the world.  Upon information and belief, DISH Network LLC specifically targets New York consumers with its programming.

22.    Defendant broadcasts its programming through "YuppTV" a subscription based live TV and Video On Demand provider available to consumers in the United States, including New York.  Upon information and belief, YuppTV has over 50,000 subscribers within the United States.

23.    Upon information and belief, the videos identified herein are used to promote Defendant, Defendant's programming and Defendant's channels, including those broadcast on DISH Network, YuppTV, and otherwise throughout the United States.

**The FPM Copyrights at Issue and Defendant's Unauthorized Exploitation**

*FPM's Copyrights*

24.    FPM is the owner of the registered copyrights (the "FPM Copyrights") in and to the musical compositions and sound recordings (the "FPM Copyrighted Music") set forth below:

1)    "Abandoned Back," covered by Registration No. SR 335-548 covering the collection *Drama Vol. 1*.

2)    "Abmiram," covered by Registration No. SR 378-924 covering the collection *Freeplay Music Corp. DVD #5*.

3)    "Aborigine," covered by Registration No. SR 337-196 covering the collection *World Mix Vol. 3*.

4)    "About Time," covered by Registration No. SR 374-911 covering the collection *Freeplay Music Corp. DVD #4*.

5)      "Against The Grain," covered by Registration No. SR 336-918 covering the collection *Sports Highlights Vol. 2.*

6)      "All In All," covered by Registration No. SR 374-845 covering the collection *Freeplay Music Corp. DVD #2.*

7)      "Alliance of Aleph," covered by Registration No. SR 386-596 covering the collection *Freeplay Music Corp. DVD #6.*

8)      "Alright," covered by Registration No. SR 374-845 covering the collection *Freeplay Music Corp. DVD #2.*

9)      "Always Be There," covered by Registration No. SR 335-719 covering the collection *Pop Vol. 1.*

10)     "Americas Beauty," covered by Registration No. SR 633-494 covering the collection *Freeplay Music CD #15.*

11)     "Appalachian Dance," covered by Registration No. SR 333-618 covering the collection *World Mix Vol. 4.*

12)     "Appalachian Sunrise," covered by Registration No. SR 337-119 covering the collection *Piano Solos Vol. 1.*

13)      "Army Angels," covered by Registration No. SR 633-492 covering the collection *Freeplay Music LLC CD #12.*

14)     "As You Said," covered by Registration No. SR 337-059 covering the collection *Solo Instruments Vol. 1.*

15)     "Attention Shoppers," covered by Registration No. SR 336-994 covering the collection *Retail Vol. 1.*

16)     "Awakening," covered by Registration No. SR 337-206 covering the collection *World Mix Vol. 1.*

17)     "Bad Road," covered by Registration No. SR 337-144 covering the collection *Hard Rock Vol. 1.*

18)     "Baleric," covered by Registration No. SR 396-282 covering the collection *Freeplay Music Corp. DVD #9.*

19)     "Beat It," covered by Registration No. SR 374-845 covering the collection *Freeplay Music Corp. DVD #2.*

20)     "Beat Them Up," covered by Registration No. SR 633-494 covering the collection *Freeplay Music CD #15.*

21)     "Becoming Carmen," covered by Registration No. SR 335-926 covering the collection *Victory Grand Vol. 1.*

22)     "Big Push," covered by Registration No. SR 337-058 covering the collection *Sports Highlights Vol. 1.*

23)     "Bladescape," covered by Registration No. SR 337-557 covering the collection *Promos Vol. 1.*

24)     "Bliss & Disguise," covered by Registration No. SR 382-040 covering the collection *Freeplay Music Corp. DVD #1.*

25)     "Blue," covered by Registration No. SR 333-651 covering the collection *Alternative Rock Vol. 1.*

26)     "Bouncing," covered by Registration No. SR 333-651 covering the collection *Alternative Rock Vol. 1.*

27)     "Breakaway," covered by Registration No. SR 335-537 covering the collection *Sports Promo Vol. 1.*

28)     "Breaking Now," covered by Registration No. SR 336-919 covering the collection *Broadcast Vol. 1.*

29)     "Breezy And Mild," covered by Registration No. SR 362-469 covering the collection *Just The Weather Vol. 1.*

30)     "Brighten Up," covered by Registration No. SR 362-469 covering the collection *Just The Weather Vol. 1.*

31)     "Brighter Day," covered by Registration No. SR 337-119 covering the collection *Piano Solos Vol. 1.*

32)     "Bum Ticker," covered by Registration No. SR 333-636 covering the collection *Business & Finance Vol. 1.*

33)     "The Business of America" covered by Registration No. SR 333-636 covering the collection *Business & Finance Vol. 1.*

34)     "The Call," covered by Registration No. SR 337-196 covering the collection *World Mix Vol. 3.*

35)     "Can Do," covered by Registration No. SR 333-631 covering the collection *Motivational Vol. 1.*

36)     "Can I Get A Witness," covered by Registration No. SR 411-915 covering the collection *Freeplay Music Corp. CD #10.*

37)    "Canned Heat," covered by Registration No. SR 336-939 covering the collection *Blues Vol. 1.*

38)    "Cant Catch Me," covered by Registration No. SR 336-918 covering the collection *Sports Highlights Vol. 2.*

39)    "Carry On," covered by Registration No. SR 337-206 covering the collection *World Mix Vol. 1.*

40)    "Cast Away," covered by Registration No. SR 335-548 covering the collection *Freeplay Music Corp. CD #13.*

41)    "Celtic Highway," covered by Registration No. SR 337-206 covering the collection *World Mix Vol. 1.*

42)    "Challenge The Dream," covered by Registration No. SR 337-156 covering the collection *Motivational Vol. 2.*

43)    "Chances," covered by Registration No. SR 374-912 covering the collection *Freeplay Music Corp. DVD #3.*

44)    "Chili Stain," covered by Registration No. SR 333-651 covering the collection *Alternative Rock Vol. 1.*

45)    "China Goat," covered by Registration No. SR 333-618 covering the collection *World Mix Vol. 4.*

46)    "Chrome," covered by Registration No. SR 374-914 covering the collection *Freeplay Music Corp. DVD #7.*

47)    "City Skyline," covered by Registration No. SR 333-635 covering the collection *TV Themes Vol. 1.*

48)    "Clap Hop," covered by Registration No. SR 374-913 covering the collection *Freeplay Music Corp. DVD #8.*

49)    "Clearing A," covered by Registration No. SR 337-206 covering the collection *World Mix Vol. 1.*

50)    "Clockwork," covered by Registration No. SR 337-205 covering the collection *Pop Vol. 2.*

51)    "Coliseum," covered by Registration No. SR 337-061 covering the collection *Sports Themes Vol. 1.*

52)    "Collide," covered by Registration No. SR 337-206 covering the collection *World Mix Vol. 1.*

53)     "Come On Over," covered by Registration No. SR 374-914 covering the collection *Freeplay Music Corp. DVD #7.*

54)     "Corn Liquor," covered by Registration No. SR 337-057 covering the collection *Country Vol. 1.*

55)     "Countdown," covered by Registration No. SR 374-911 covering the collection *Freeplay Music Corp. DVD #4.*

56)     "Cruz Bay," covered by Registration No. SR 336-935 covering the collection *World Mix Vol. 2.*

57)     "CrystalSky," covered by Registration No. SR 374-912 covering the collection *Freeplay Music Corp. DVD #3.*

58)     "Danger At Hand," covered by Registration No. SR 633-491 covering the collection *Freeplay Music CD #13.*

59)     "Dark And Stormy," covered by Registration No. SR 374-912 covering the collection *Freeplay Music Corp. DVD #3.*

60)     "Darkstar," covered by Registration No. SR 633-491 covering the collection *Freeplay Music CD #13.*

61)     "Delta Fog," covered by Registration No. SR 337-059 covering the collection *Solo Instruments Vol. 1.*

62)     "Destiny," covered by Registration No. SR 374-914 covering the collection *Freeplay Music Corp. DVD #7.*

63)     "Determined Tumbao," covered by Registration No. SR 335-708 covering the collection *World Mix Vol. 5.*

64)     "Devil Ride," covered by Registration No. SR 333-635 covering the collection *Sports Themes Vol. 1.*

65)     "Dixie Pickins," covered by Registration No. SR 336-939 covering the collection *Blues Vol. 1.*

66)     "Down And Dirty," covered by Registration No. SR 336-918 covering the collection *Sports Highlights Vol. 2.*

67)     "Downhill," covered by Registration No. SR 335-543 covering the collection *Sports Extreme Vol. 2.*

68)     "Drones," covered by Registration No. SR 633-491 covering the collection *Freeplay Music CD #13.*

69)     "End Title Dream," covered by Registration No. SR 337-144 covering the collection *Hard Rock Vol. 1.*

70)     "Endless Motion," covered by Registration No. SR 336-994 covering the collection *Retail Vol. 1.*

71)     "Endless Road," covered by Registration No. SR 333-631 covering the collection *Motivational Vol. 1.*

72)     "Energy," covered by Registration No. SR 374-912 covering the collection *Freeplay Music Corp. DVD #3.*

73)     "Evil Deed," covered by Registration No. SR 336-934 covering the collection *Sports Extreme Vol. 1.*

74)     "Executive Decision," covered by Registration No. SR 336-929 covering the collection *Washingtonian Vol. 1.*

75)     "Face To Face," covered by Registration No. SR 633-492 covering the collection *Freeplay Music LLC CD #12.*

76)     "Far Away," covered by Registration No. SR 333-635 covering the collection *TV Themes Vol. 1.*

77)     "Far From Home," covered by Registration No. SR 337-059 covering the collection *Solo Instruments Vol. 1.*

78)     "Fast Paced," covered by Registration No. SR 633-487 covering the collection *Freeplay Music CD #14.*

79)     "Fembot Caress," covered by Registration No. SR 335-613 covering the collection *Just The News Vol. 1.*

80)     "For The Gold," covered by Registration No. SR 335-926 covering the collection *Victory Grand Vol. 1.*

81)     "For Whom The Bell Tolls," covered by Registration No. SR 335-537 covering the collection *Sports Promo Vol. 1.*

82)     "Force Combat," covered by Registration No. SR 633-492 covering the collection *Freeplay Music LLC CD #12.*

83)     "Free Rider," covered by Registration No. SR 337-119 covering the collection *Piano Solos Vol. 1.*

84)     "Full Force," covered by Registration No. SR 374-911 covering the collection *Freeplay Music Corp. DVD #4.*

85)     "Funky Peppers," covered by Registration No. SR 411-915 covering the collection *Freeplay Music Corp. CD #10*.

86)      "Get Them," covered by Registration No. SR 337-557 covering the collection *Promos Vol. 1*.

87)     "Global Connect," covered by Registration No. SR 336-919 covering the collection *Broadcast Vol. 1*.

88)     "Got Ball," covered by Registration No. SR 336-934 covering the collection *Sports Extreme Vol. 1*.

89)     "Gotta Get It Right," covered by Registration No. SR 374-912 covering the collection *Freeplay Music Corp. DVD #3*.

90)     "Grand New Day," covered by Registration No. SR 386-596 covering the collection *Freeplay Music Corp. DVD #6*.

91)     "Grunge Garage," covered by Registration No. SR 333-651 covering the collection *Alternative Rock Vol. 1*.

92)     "Her Majesty," covered by Registration No. SR 337-156 covering the collection *Motivational Vol. 2*.

93)     "Here With You," covered by Registration No. SR 396-282 covering the collection *Freeplay Music Corp. DVD #9*.

94)     "Heroes Salute," covered by Registration No. SR 335-537 covering the collection *Sports Promo Vol. 1*.

95)     "Hide Luv Instrumental," covered by Registration No. SR 374-913 covering the collection *Freeplay Music Corp. DVD #8*.

96)     "Holdin Back," covered by Registration No. SR 337-201 covering the collection *Acid Jazz Vol 1*.

97)     "Honky Shuffle," covered by Registration No. SR 411-915 covering the collection *Freeplay Music Corp. #10*.

98)     "Honky Tonk Hank," covered by Registration No. SR 374-911 covering the collection *Freeplay Music Corp. DVD #4*.

99)     "Hour Of Need," covered by Registration No. SR 406-235 covering the collection *Freeplay Music Corp. CD #11*.

100)    "I Feel," covered by Registration No. SR 374-845 covering the collection *Freeplay Music Corp. DVD #2*.

101)    "Ice Cake," covered by Registration No. SR 633-487 covering the collection *Freeplay Music CD #14.*

102)    "If At First," covered by Registration No. SR 336-935 covering the collection *World Mix Vol. 2.*

103)    "In Tune Today," covered by Registration No. SR 336-919 covering the collection *Broadcast Vol. 1.*

104)    "Infoscape," covered by Registration No. SR 336-919 covering the collection *Broadcast Vol. 1.*

105)    "Intrepid Traveler," covered by Registration No. SR 335-548 covering the collection *Drama Vol. 1.*

106)    "Jubilee," covered by Registration No. SR 382-040 covering the collection *Freeplay Music Corp. DVD #1.*

107)    "Kentucky Vampires," covered by Registration No. SR 378-924 covering the collection *Freeplay Music Corp. DVD #5.*

108)    "Knife Fight," covered by Registration No. SR 333-651 covering the collection *Alternative Rock Vol. 1.*

109)    "Laid Back Groove," covered by Registration No. SR 396-282 covering the collection *Freeplay Music Corp. DVD #9.*

110)    "Last Song Home," covered by Registration No. SR 382-040 covering the collection *Freeplay Music Corp. DVD #1.*

111)    "Last Train," covered by Registration No. SR 411-915 covering the collection *Freeplay Music Corp. CD #10.*

112)    "Legion," covered by Registration No. SR 374-845 covering the collection *Freeplay Music Corp. DVD #2.*

113)    "Little Big Horn," covered by Registration No. SR 633-494 covering the collection *Freeplay Music CD #15.*

114)    "Los Feliz," covered by Registration No. SR 378-924 covering the collection *Freeplay Music Corp. DVD #5.*

115)    "Lost," covered by Registration No. SR 406-235 covering the collection *Freeplay Music Corp. CD #11.*

116)    "Lucky Lu," covered by Registration No. SR 333-618 covering the collection *World Mix Vol. 4.*

11

117) "Mach 77," covered by Registration No. SR 337-221 covering the collection *Sports Highlights Vol. 3.*

118) "Magnificent Seven," covered by Registration No. SR 335-879 covering the collection *Promos Vol. 2.*

119) "Make It Betta," covered by Registration No. SR 374-913 covering the collection *Freeplay Music Corp. DVD #8.*

120) "Manchester Moon," covered by Registration No. SR 337-557 covering the collection *Promos Vol. 1.*

121) "Mean Theme," covered by Registration No. SR 336-934 covering the collection *Sports Extreme Vol. 1.*

122) "Mine Today," covered by Registration No. SR 335-926 covering the collection *Victory Grand Vol. 1.*

123) "Mission 5-0," covered by Registration No. SR 337-557 covering the collection *Promos Vol. 1.*

124) "Moments Remembered," covered by Registration No. SR 374-911 covering the collection *Freeplay Music Corp. DVD #4.*

125) "More And More," covered by Registration No. SR 333-636 covering the collection *Business & Finance Vol. 1.*

126) "Morning On The Field," covered by Registration No. SR 333-631 covering the collection *Motivational Vol. 1.*

127) "Music Box," covered by Registration No. SR 337-119 covering the collection *Piano Solos Vol. 1.*

128) "Natural Beauty," covered by Registration No. SR 335-548 covering the collection *Drama Vol. 1.*

129) "Need To Know," covered by Registration No. SR 336-919 covering the collection *Broadcast Vol. 1.*

130) "Neptronic," covered by Registration No. SR 382-040 covering the collection *Freeplay Music Corp. DVD #1.*

131) "Night Watch," covered by Registration No. SR 335-613 covering the collection *Just The News Vol. 1.*

132) "Northland Moors," covered by Registration No. SR 633-487 covering the collection *Freeplay Music CD #14.*

12

133) "Now Is The Time," covered by Registration No. SR 335-613 covering the collection *Just The News Vol. 1.*

134) "Numerator," covered by Registration No. SR 337-557 covering the collection *Promos Vol. 1.*

135) "Objective Combat," covered by Registration No. SR 633-491 covering the collection *Freeplay Music CD #13.*

136) "Old School Party," covered by Registration No. SR 374-911 covering the collection *Freeplay Music Corp. DVD #4.*

137) "On The Water," covered by Registration No. SR 337-200 covering the collection *Beauty Shots Vol. 1.*

138) "Open Forest," covered by Registration No. SR 333-631 covering the collection *Motivational Vol. 1.*

139) "Out of My Mind," covered by Registration No. SR 378-924 covering the collection *Freeplay Music Corp. DVD #5.*

140) "Outback Popstar," covered by Registration No. SR 335-879 covering the collection *Promos Vol. 2.*

141) "Over You," covered by Registration No. SR 362-469 covering the collection *Just The Weather Vol. 1.*

142) "Palms Of LA," covered by Registration No. SR 378-924 covering the collection *Freeplay Music Corp. DVD #5.*

143) "Pop News," covered by Registration No. SR 336-919 covering the collection *Broadcast Vol. 1.*

144) "Power Of One," covered by Registration No. SR 337-156 covering the collection *Motivational Vol. 2.*

145) "Power Theme," covered by Registration No. SR 337-061 covering the collection *Sports Themes Vol. 1.*

146) "Press," covered by Registration No. SR 337-200 covering the collection *Beauty Shots Vol. 1.*

147) "Prevailing Winds," covered by Registration No. SR 337-200 covering the collection *Beauty Shots Vol. 1.*

148) "Pride," covered by Registration No. SR 335-879 covering the collection *Promos Vol. 2.*

149) "Punk Party," covered by Registration No. SR 374-914 covering the collection *Freeplay Music Corp. DVD #7.*

150) "Quiet Storm," covered by Registration No. SR 337-059 covering the collection *Solo Instruments Vol. 1.*

151) "Race To Action," covered by Registration No. SR 335-613 covering the collection *Just The News Vol. 1.*

152) "Ready," covered by Registration No. SR 333-631 covering the collection *Motivational Vol. 1.*

153) "Red Mustang," covered by Registration No. SR 337-156 covering the collection *Motivational Vol. 2.*

154) "Resilient," covered by Registration No. SR 374-912 covering the collection *Freeplay Music Corp. DVD #3.*

155) "Retrospect," covered by Registration No. SR 333-613 covering the collection *Just The News Vol. 1.*

156) "Rock All Night," covered by Registration No. SR 374-911 covering the collection *Freeplay Music Corp. DVD #4.*

157) "Rock It," covered by Registration No. SR 396-282 covering the collection *Freeplay Music Corp. DVD #9.*

158) "Rocket," covered by Registration No. SR 633-494 covering the collection *Freeplay Music CD #15.*

159) "Rockland," covered by Registration No. SR 633-487 covering the collection *Freeplay Music CD #14.*

160) "Romantic Nights," covered by Registration No. SR 337-119 covering the collection *Piano Solos Vol. 1.*

161) "Rompin Reptiles," covered by Registration No. SR 378-924 covering the collection *Freeplay Music Corp. DVD #5.*

162) "Sad Lullaby," covered by Registration No. SR 386-596 covering the collection *Freeplay Music Corp. DVD #6.*

163) "Sad Story," covered by Registration No. SR 633-491 covering the collection *Freeplay Music CD #13.*

164) "Scandal In The Club," covered by Registration No. SR 378-924 covering the collection *Freeplay Music Corp. DVD #5.*

165)   "Scavenger," covered by Registration No. SR 633-491 covering the collection *Freeplay Music CD #13.*

166)   "Silver," covered by Registration No. SR 374-912 covering the collection *Freeplay Music Corp. DVD #3.*

167)   "Smooth Sunset," covered by Registration No. SR 337-119 covering the collection *Piano Solos Vol. 1.*

168)   "Smoove Number," covered by Registration No. SR 337-557 covering the collection *Promos Vol. 1.*

169)   "Soul Thang," covered by Registration No. SR 337-201 covering the collection *Acid Jazz Vol. 1.*

170)   "Spirit Electric," covered by Registration No. SR 406-235 covering the collection *Freeplay Music Corp. CD #11.*

171)   "Strike Eagle," covered by Registration No. SR 633-492 covering the collection *Freeplay Music LLC CD #12.*

172)   "Summer Dawn," covered by Registration No. SR 374-911 covering the collection *Freeplay Music Corp. DVD #4.*

173)   "Surf Avenue," covered by Registration No. SR 337-058 covering the collection *Sports Highlights Vol. 1.*

174)   "Surf Punk," covered by Registration No. SR 374-914 covering the collection *Freeplay Music Corp. DVD #7.*

175)   "Swing Cheese," covered by Registration No. SR 337-557 covering the collection *Promos Vol. 1.*

176)   "Taylor Loves Tyler," covered by Registration No. SR 374-911 covering the collection *Freeplay Music Corp. DVD #4.*

177)   "Texan," covered by Registration No. SR 337-557 covering the collection *Promos Vol. 1.*

178)   "The Way I Feel," covered by Registration No. SR 374-911 covering the collection *Freeplay Music Corp. DVD #4.*

179)   "Thrilla," covered by Registration No. SR 335-879 covering the collection *Promos Vol. 2.*

180)   "Ticker Shock," covered by Registration No. SR 333-636 covering the collection *Business & Finance Vol. 1.*

181)  "To Win Your Heart," covered by Registration No. SR 335-926 covering the collection *Victory Grand Vol. 1.*

182)  "Touchstone," covered by Registration No. SR 336-994 covering the collection *Retail Vol. 1.*

183)  "Truce," covered by Registration No. SR 335-548 covering the collection *Drama Vol. 1.*

184)  "TV Star Tonight," covered by Registration No. SR 336-919 covering the collection *Broadcast Vol. 1.*

185)  "Under," covered by Registration No. SR 633-492 covering the collection *Freeplay Music LLC CD #12.*

186)  "Uptown Blues," covered by Registration No. SR 336-939 covering the collection *Blues Vol. 1.*

187)  "Vertical Assault," covered by Registration No. SR 336-934 covering the collection *Sports Extreme Vol. 1.*

188)  "Weird Trip," covered by Registration No. SR 337-058 covering the collection *Sports Highlights Vol. 1.*

189)  "When U Were Gone," covered by Registration No. SR 378-924 covering the collection *Freeplay Music Corp. DVD #5.*

190)  "Windy Day," covered by Registration No. SR 333-635 covering the collection *TV Themes Vol. 1.*

191)  "Without," covered by Registration No. SR 337-205 covering the collection *Pop Vol. 2.*

192)  "X-Dream," covered by Registration No. SR 374-914 covering the collection *Freeplay Music Corp. DVD #7.*

193)  "You Don't Know," covered by Registration No. SR 374-912 covering the collection *Freeplay Music Corp. DVD #4.*

194)  "Ysoul Joint," covered by Registration No. SR 382-040 covering the collection *Freeplay Music Corp. DVD #1.*

***Defendant's Unlicensed Use of the Music Copyrights***

25.    Defendant has engaged in at least 1203 uses of the FPM Copyrights, including:

1) FPM's copyrighted musical work "Abandoned" is exploited on the following websites: http://www.youtube.com/watch?v=AkZuu_eXGlc; http://www.youtube.com/watch?v=c-_ZBif6gkI.

2)  FPM's copyrighted musical work "Abmiram" is exploited on the following websites: http://www.youtube.com/watch?v=jth67FDhb1U; http://www.youtube.com/watch?v=VxNFlVn9u3A.

3) FPM's copyrighted musical work "Aborigine" is exploited on the following websites: http://www.youtube.com/watch?v=lfxwAS8XAtI; http://www.youtube.com/watch?v=z-VpG3MsQUg.

4) FPM's copyrighted musical work "About Time" is exploited on the following website: http://www.youtube.com/watch?v=kBWAAniIhss.

5) FPM's copyrighted musical work "Against The Grain" is exploited on the following website: http://www.youtube.com/watch?v=dZpMdaFxxFk.

6) FPM's copyrighted musical work "All In All" is exploited on the following website: http://www.youtube.com/watch?v=eTTeO6q9SKY.

7) FPM's copyrighted musical work "Alliance Of Aleph" is exploited on the following websites: http://www.youtube.com/watch?v=q1mX3wE7o7g; http://www.youtube.com/watch?v=uWGMzOZeDKw.

8) FPM's copyrighted musical work "Alright" is exploited on the following website: http://www.youtube.com/watch?v=QJyPzqKXnS0.

9) FPM's copyrighted musical work "Always Be There" is exploited on the following websites: http://www.youtube.com/watch?v=_UEuhpzqhBc; http://www.youtube.com/watch?v=9pZYHBuQyZo; http://www.youtube.com/watch?v=cedlE1JeQg4; http://www.youtube.com/watch?v=IFeg8w2JS_c; http://www.youtube.com/watch?v=Kimjoog4r9E; http://www.youtube.com/watch?v=NUs-PEfnMnQ; http://www.youtube.com/watch?v=P3hkgPAerwE; http://www.youtube.com/watch?v=QhZtHth8Cb0.

10) FPM's copyrighted musical work "Americas Beauty" is exploited on the following website: http://www.youtube.com/watch?v=qVmbfTv9qXw.

11) FPM's copyrighted musical work "Appalachian Dance" is exploited on the following website: http://www.youtube.com/watch?v=ApbwqHl1DRA.

12) FPM's copyrighted musical work "Appalachian Sunrise" is exploited on the following websites: http://www.youtube.com/watch?v=tt0H2iF4sHA; http://www.youtube.com/watch?v=w9T3UuGM5ew.

13) FPM's copyrighted musical work "Army Angels" is exploited on the following websites: http://www.youtube.com/watch?v=8c-UuGugq4M; http://www.youtube.com/watch?v=BE1pkiN0YW8; http://www.youtube.com/watch?v=S5uuQ7MUZmg.

14) FPM's copyrighted musical work "As You Said" is exploited on the following websites: http://www.youtube.com/watch?v=gRveJ4zHUHA; http://www.youtube.com/watch?v=w9T3UuGM5ew.

15) FPM's copyrighted musical work "Attention Shoppers" is exploited on the following website: http://www.youtube.com/watch?v=rcV4V8AmPt4.

16) FPM's copyrighted musical work "Awakening" is exploited on the following websites: http://www.youtube.com/watch?v=gOHxdMfoI80; http://www.youtube.com/watch?v=HV3B63RETMw.

17) FPM's copyrighted musical work "Bad Road" is exploited on the following websites: http://www.youtube.com/watch?v=9IhEdkUM3v0; http://www.youtube.com/watch?v=9pZYHBuQyZo; http://www.youtube.com/watch?v=FduNsUZ4J4Q; http://www.youtube.com/watch?v=-Hce4i6Qcok; http://www.youtube.com/watch?v=l9nyzNiDG1A; http://www.youtube.com/watch?v=Urn9ZbM_qno; http://www.youtube.com/watch?v=XcnIi7hdXr8.

18) FPM's copyright musical work "Baleric" is exploited on the following website: http://www.youtube.com/watch?v=2kIwFGNjo9E.

19) FPM's copyright musical work "Beat It" is exploited on the following website: http://www.youtube.com/watch?v=Jv2GUdpGFlA.

20) FPM's copyright musical work "Beat Them Up" is exploited on the following website: http://www.youtube.com/watch?v=7y35PXuxKsE.

21) FPM's copyright musical work "Becoming Carmen" is exploited on the following websites: http://www.youtube.com/watch?v=D761KaVhIrk; http://www.youtube.com/watch?v=GCMVPsCSbdg.

22) FPM's copyright musical work "Big Push" is exploited on the following websites: http://www.youtube.com/watch?v=29Sk4eZMDSI; http://www.youtube.com/watch?v=2KiNqvy-bPo; http://www.youtube.com/watch?v=3Ccqi94C7V4; http://www.youtube.com/watch?v=3YzNllxYLwc; http://www.youtube.com/watch?v=6Ko4JQCuc64; http://www.youtube.com/watch?v=Gb-PsenlYu4;

http://www.youtube.com/watch?v=HPfBwev3SMM;
http://www.youtube.com/watch?v=jXf07XImP54;
http://www.youtube.com/watch?v=jyRvbYalYKQ;
http://www.youtube.com/watch?v=mKQO3qb4mN8;
http://www.youtube.com/watch?v=nJbf5vvaFHI;
http://www.youtube.com/watch?v=PCEeCx6CkcM;
http://www.youtube.com/watch?v=t71pobawlyQ;
http://www.youtube.com/watch?v=vqcK3NMz-xo.

23) FPM's copyright musical work "Bladescape" is exploited on the following websites:
http://www.youtube.com/watch?v=7YYo0FYSjgc;
http://www.youtube.com/watch?v=a4TXMyAE40A;
http://www.youtube.com/watch?v=dP9NQThVfHQ;
http://www.youtube.com/watch?v=iVdhZskry6A;
http://www.youtube.com/watch?v=VKmiuqyDtPw.

24) FPM's copyright musical work "Bliss & Disguise" is exploited on the following websites: http://www.youtube.com/watch?v=3dqn1lVzLhQ;
http://www.youtube.com/watch?v=P3hkgPAerwE.

25) FPM's copyright musical work "Blue" is exploited on the following website:
http://www.youtube.com/watch?v=leiyt4lxBso.

26) FPM's copyright musical work "Bouncing" is exploited on the following website:
http://www.youtube.com/watch?v=13NywJB9dnQ.

27) FPM's copyright musical work "Breakway" is exploited on the following websites:
http://www.youtube.com/watch?v=_Yysk45iHXQ;
http://www.youtube.com/watch?v=dZpMdaFxxFk;
http://www.youtube.com/watch?v=EofsvkeJ-bw;
http://www.youtube.com/watch?v=FFORrkHXKEM;
http://www.youtube.com/watch?v=FGVpRAq0GAE;
http://www.youtube.com/watch?v=nFYz2Lli50c;
http://www.youtube.com/watch?v=QuRQj-KJs88;
http://www.youtube.com/watch?v=RfowEYbkGWc;
http://www.youtube.com/watch?v=tfEp3S42j70;
http://www.youtube.com/watch?v=U3fGxhnB6eI;
http://www.youtube.com/watch?v=utVR54CMyl8;
http://www.youtube.com/watch?v=wo6eU0XrLf8.

28) FPM's copyright musical work "Breaking Now" is exploited on the following websites:
http://www.youtube.com/watch?v=6-uDKt1r7KE;
http://www.youtube.com/watch?v=NEwGHQFikAQ.

29) FPM's copyright musical work "Breezy And Mild" is exploited on the following websites: http://www.youtube.com/watch?v=HC9umsMp0iM;
http://www.youtube.com/watch?v=MSMt5TlM_E4.

30) FPM's copyright musical work "Brighten Up" is exploited on the following websites:
http://www.youtube.com/watch?v=11VWdyiHJ3I;
http://www.youtube.com/watch?v=5MWCDP0rP44;
http://www.youtube.com/watch?v=DfLzltVulu4;
http://www.youtube.com/watch?v=H2dynGKCTR8;
http://www.youtube.com/watch?v=jIyP3yxr0X8;
http://www.youtube.com/watch?v=Jzuu95L0-c4;
http://www.youtube.com/watch?v=kV_1JADn260;
http://www.youtube.com/watch?v=pH9WIV83GLE;
http://www.youtube.com/watch?v=PzHg6xQs7nM;
http://www.youtube.com/watch?v=Vs67AiO0jyU.

31) FPM's copyright musical work "Brighter Day" is exploited on the following website:
http://www.youtube.com/watch?v=LVJVGYpc76s.

32) FPM's copyright musical work "Bum Ticker" is exploited on the following website:
http://www.youtube.com/watch?v=j17G-UtpW0s.

33) FPM's copyright musical work "Business Of America The" is exploited on the following website: http://www.youtube.com/watch?v=e4-JarsL4zc.

34) FPM's copyright musical work "The Call" is exploited on the following websites:
http://www.youtube.com/watch?v=2A_KL26cqcU;
http://www.youtube.com/watch?v=M7gL-UPtXTY;
http://www.youtube.com/watch?v=Vnu-i0fWGeA.

35) FPM's copyright musical work "Can Do" is exploited on the following websites:
http://www.youtube.com/watch?v=0SUPlrP60Kc;
http://www.youtube.com/watch?v=0uDJShhvJZc; http://www.youtube.com/watch?v=0-WuWA9EvBQ; http://www.youtube.com/watch?v=0yM07OMUePA;
http://www.youtube.com/watch?v=197Ks51eRWI;
http://www.youtube.com/watch?v=1GUGawU_DFo;
http://www.youtube.com/watch?v=1KSYOLyTPQs;
http://www.youtube.com/watch?v=1VNyum68H2U;
http://www.youtube.com/watch?v=2_vTVSf2CJw;
http://www.youtube.com/watch?v=20-4rprHSx8;
http://www.youtube.com/watch?v=21SHFmude10;
http://www.youtube.com/watch?v=2xtH5hrn-sw;
http://www.youtube.com/watch?v=3Ccqi94C7V4;
http://www.youtube.com/watch?v=4_3R9Sr5Btw;
http://www.youtube.com/watch?v=4d6SK6EHfgU;
http://www.youtube.com/watch?v=5IXFDSemVow;
http://www.youtube.com/watch?v=5RddsFwVcqA;
http://www.youtube.com/watch?v=5rKFM8eT0iI;
http://www.youtube.com/watch?v=61INHQqqydE;
http://www.youtube.com/watch?v=6RcnYIjl-ic;
http://www.youtube.com/watch?v=6UDGHqRdpV0;

http://www.youtube.com/watch?v=7DGfeQ_hudQ;
http://www.youtube.com/watch?v=7OKilrM7bNk;
http://www.youtube.com/watch?v=7Pd1plaY59o;
http://www.youtube.com/watch?v=7STPdSMxjek;
http://www.youtube.com/watch?v=81xr8CIYcsM;
http://www.youtube.com/watch?v=8rcjoEVnyt4;
http://www.youtube.com/watch?v=8Sf-tSMnFFY;
http://www.youtube.com/watch?v=8V5YEybOgKM;
http://www.youtube.com/watch?v=8xvbgnaGQys;
http://www.youtube.com/watch?v=99njmce62sE;
http://www.youtube.com/watch?v=99WJbjLg5JI;
http://www.youtube.com/watch?v=9eG5IVdkCjY;
http://www.youtube.com/watch?v=9HIdv2j0jMs;
http://www.youtube.com/watch?v=9jOYX44doWw;
http://www.youtube.com/watch?v=9S_ryCATuJo;
http://www.youtube.com/watch?v=9y-lnOxIx5k;
http://www.youtube.com/watch?v=A30vrJs1LCQ;
http://www.youtube.com/watch?v=ae34dqjCkaU;
http://www.youtube.com/watch?v=ALodYdprJeQ;
http://www.youtube.com/watch?v=AoZzZ3lspSw;
http://www.youtube.com/watch?v=As3COT0Shec;
http://www.youtube.com/watch?v=atLwaAgXi-0;
http://www.youtube.com/watch?v=avFNYg2KEGk;
http://www.youtube.com/watch?v=ayYvmRRsEu0; http://www.youtube.com/watch?v=-bEFl0wn1wU; http://www.youtube.com/watch?v=BgzQph9FUz4;
http://www.youtube.com/watch?v=-bH4hkGGkEM;
http://www.youtube.com/watch?v=bmOOnZdZ1qM;
http://www.youtube.com/watch?v=bn6WLIHeNks;
http://www.youtube.com/watch?v=Btgbs4d31-g;
http://www.youtube.com/watch?v=bTPasYOTxew;
http://www.youtube.com/watch?v=C7ZDjRzGHyQ;
http://www.youtube.com/watch?v=CAbdjsB4xOU;
http://www.youtube.com/watch?v=cd__Cxs47MY;
http://www.youtube.com/watch?v=CgEgK0sLVlI;
http://www.youtube.com/watch?v=clMISN82598;
http://www.youtube.com/watch?v=CSeu4UsD6N4;
http://www.youtube.com/watch?v=cydVdnXZXSM;
http://www.youtube.com/watch?v=D292jcylcr8;
http://www.youtube.com/watch?v=dfc8u7CEkpw;
http://www.youtube.com/watch?v=dnyjD3u4Pwk;
http://www.youtube.com/watch?v=dTByORdty0s;
http://www.youtube.com/watch?v=DTXfe688qEc;
http://www.youtube.com/watch?v=dV6Q9VzbIx4;
http://www.youtube.com/watch?v=e14Rip6RVp4;
http://www.youtube.com/watch?v=e6I7IVju2go;
http://www.youtube.com/watch?v=ebgVBy-YKZA;

http://www.youtube.com/watch?v=-Eqz33oBnuU;
http://www.youtube.com/watch?v=ES3VCq_MTVQ;
http://www.youtube.com/watch?v=fbpcHuc3yH8;
http://www.youtube.com/watch?v=fhcoYGx-NZE;
http://www.youtube.com/watch?v=fnzzTV7dseU;
http://www.youtube.com/watch?v=G5un-30Vwaw;
http://www.youtube.com/watch?v=G7-UptHR7OA;
http://www.youtube.com/watch?v=gcRYxs27QY0;
http://www.youtube.com/watch?v=gcyHcFBIW4I; http://www.youtube.com/watch?v=-gFPnGyO0r8; http://www.youtube.com/watch?v=gP2BP4MEvOg;
http://www.youtube.com/watch?v=GR0X8Td13hA;
http://www.youtube.com/watch?v=gRls1dhLMBY;
http://www.youtube.com/watch?v=GVeav6Xdn1Y;
http://www.youtube.com/watch?v=Gvx1WPQucbM;
http://www.youtube.com/watch?v=H2j2Zsn6-9o;
http://www.youtube.com/watch?v=H4X9V-YHywA;
http://www.youtube.com/watch?v=H5tBh7WUFYQ;
http://www.youtube.com/watch?v=hagjkWPbl8U;
http://www.youtube.com/watch?v=hTvjuPm0UVk;
http://www.youtube.com/watch?v=hU9DiH8HoMw;
http://www.youtube.com/watch?v=hX9VYZzEuKo;
http://www.youtube.com/watch?v=HYDGthlnojg;
http://www.youtube.com/watch?v=I4mGwwVi2tw;
http://www.youtube.com/watch?v=igUyjkN4Gis;
http://www.youtube.com/watch?v=IJVryc3WH6o;
http://www.youtube.com/watch?v=iQggbE6Moh8;
http://www.youtube.com/watch?v=iSSYP2QgTE0;
http://www.youtube.com/watch?v=J1mEYL3Whp0;
http://www.youtube.com/watch?v=j7i0EYGeQeo;
http://www.youtube.com/watch?v=JIoXIj9ZyTE;
http://www.youtube.com/watch?v=jth67FDhb1U;
http://www.youtube.com/watch?v=l5zzfgP8Xao;
http://www.youtube.com/watch?v=lDQcqMfR0oU;
http://www.youtube.com/watch?v=lf6zKgMblKY;
http://www.youtube.com/watch?v=lMdkEcmemLA;
http://www.youtube.com/watch?v=lwc-AIai0mE;
http://www.youtube.com/watch?v=lWfr6FjezpM;
http://www.youtube.com/watch?v=M5VoYOA-Jbo;
http://www.youtube.com/watch?v=M7D_0enpKFU;
http://www.youtube.com/watch?v=mAS90WKl3do;
http://www.youtube.com/watch?v=McjHFRtIWxY;
http://www.youtube.com/watch?v=mN7G-Txvz3w;
http://www.youtube.com/watch?v=mt8zshct9yI;
http://www.youtube.com/watch?v=MumWERPPV5g;
http://www.youtube.com/watch?v=mVpZCMG33jo;
http://www.youtube.com/watch?v=MWkWVKDrebo;

http://www.youtube.com/watch?v=N4um28k0woQ;
http://www.youtube.com/watch?v=n8BtmGvn6Hc;
http://www.youtube.com/watch?v=nN2jaXRjJgg;
http://www.youtube.com/watch?v=nOC9LkgkVTA;
http://www.youtube.com/watch?v=nOeRDtjvgtc;
http://www.youtube.com/watch?v=nS4E1t8sM40;
http://www.youtube.com/watch?v=nvWdAu_eo1c;
http://www.youtube.com/watch?v=o02nO0eXlIU;
http://www.youtube.com/watch?v=O4Y_OYwDynE;
http://www.youtube.com/watch?v=oajlg1ZgTb8;
http://www.youtube.com/watch?v=ofArIP090wE;
http://www.youtube.com/watch?v=OG9mURhrjrY;
http://www.youtube.com/watch?v=okWRedZhQJA;
http://www.youtube.com/watch?v=osmccu7m2fU;
http://www.youtube.com/watch?v=OZrGJqvb3M4;
http://www.youtube.com/watch?v=p7ItQD_Ws70;
http://www.youtube.com/watch?v=PqROmMExGhQ;
http://www.youtube.com/watch?v=PSgkZEzfl8s;
http://www.youtube.com/watch?v=QftDjQYCtxo;
http://www.youtube.com/watch?v=qGS7gP4jDxE;
http://www.youtube.com/watch?v=QH7tUkd7VlM;
http://www.youtube.com/watch?v=QhKkGOnZvHU;
http://www.youtube.com/watch?v=qLQGLam5a8U;
http://www.youtube.com/watch?v=qnVYEJMsCRM;
http://www.youtube.com/watch?v=R11GIgPHldw; http://www.youtube.com/watch?v=r-cJTZeM2NI; http://www.youtube.com/watch?v=Rdk6JmCy4fU;
http://www.youtube.com/watch?v=Rght6kE2iZ8;
http://www.youtube.com/watch?v=rJYESdIcppQ;
http://www.youtube.com/watch?v=rkShcxwiuoc;
http://www.youtube.com/watch?v=rz_cgyRS83U;
http://www.youtube.com/watch?v=s3oii9Uqf7s;
http://www.youtube.com/watch?v=sHIKksz_GsU;
http://www.youtube.com/watch?v=sv2y7FbLxvo;
http://www.youtube.com/watch?v=SyEMOlALxLY;
http://www.youtube.com/watch?v=T_7PPt-Z33w;
http://www.youtube.com/watch?v=tDqEOzHKfpE;
http://www.youtube.com/watch?v=TgH643cPcqI;
http://www.youtube.com/watch?v=Tqo2JLqdRBI;
http://www.youtube.com/watch?v=tzEDQEY_8og;
http://www.youtube.com/watch?v=u1QjM0-vUsY;
http://www.youtube.com/watch?v=U7v6UZi0ue4;
http://www.youtube.com/watch?v=u97DHPXQmhQ;
http://www.youtube.com/watch?v=uLdCZQOt0nw;
http://www.youtube.com/watch?v=UM246nVVTSw;
http://www.youtube.com/watch?v=UVdp2l53HcY;
http://www.youtube.com/watch?v=vbqHEARQLUA;

http://www.youtube.com/watch?v=vDTKUyQNgn8;
http://www.youtube.com/watch?v=vfmiwxMDmFY;
http://www.youtube.com/watch?v=vjkP6rH_PZ0;
http://www.youtube.com/watch?v=VLNEaBqF3A4;
http://www.youtube.com/watch?v=VPfVsxyuTOI;
http://www.youtube.com/watch?v=VRh69IZy6gw;
http://www.youtube.com/watch?v=VtbuAoGWy4g; http://www.youtube.com/watch?v=-vVLGK9N_cw; http://www.youtube.com/watch?v=vVrqEyEsHY8;
http://www.youtube.com/watch?v=Vw0TRNI74kk;
http://www.youtube.com/watch?v=VxNFlVn9u3A;
http://www.youtube.com/watch?v=w_bIgDsUKro;
http://www.youtube.com/watch?v=w8qW8dhTh3I;
http://www.youtube.com/watch?v=w95xgaThWHA;
http://www.youtube.com/watch?v=wagldtI3o6Q;
http://www.youtube.com/watch?v=wba7VkGM9Fw;
http://www.youtube.com/watch?v=wpbwfwbZKlk;
http://www.youtube.com/watch?v=wpQUuCxmvME;
http://www.youtube.com/watch?v=X6HEJRVFQ-A;
http://www.youtube.com/watch?v=xA_V6XgLryc;
http://www.youtube.com/watch?v=Xc2YFJoT6oE;
http://www.youtube.com/watch?v=XvCJ5riJK44;
http://www.youtube.com/watch?v=xyx_941dPN4;
http://www.youtube.com/watch?v=Y48SONRP11Y;
http://www.youtube.com/watch?v=ybncF5o9bko;
http://www.youtube.com/watch?v=ylXn2FvAHAE;
http://www.youtube.com/watch?v=YNns8759ksU;
http://www.youtube.com/watch?v=YR3Qg1i-5DQ;
http://www.youtube.com/watch?v=ysisRr5oxic;
http://www.youtube.com/watch?v=Z60f6DZ6enA;
http://www.youtube.com/watch?v=z68thmX2j9I;
http://www.youtube.com/watch?v=ZaojN-4GstA;
http://www.youtube.com/watch?v=Zchy32zBSlA;
http://www.youtube.com/watch?v=zE11BoF_adA;
http://www.youtube.com/watch?v=ZfjmkAhfSBQ;
http://www.youtube.com/watch?v=zIaD85CyCYo;
http://www.youtube.com/watch?v=zq5ztu7rD3w;
http://www.youtube.com/watch?v=ZRrtl-5OrkY;
http://www.youtube.com/watch?v=zxJY6ZSO9Qo.

36) FPM's copyright musical work "Can I Get A Witness" is exploited on the following websites: http://www.youtube.com/watch?v=466YiDKUrrc;
http://www.youtube.com/watch?v=scbdsUd91wg;
http://www.youtube.com/watch?v=UMPQl4fj30U.

37) FPM's copyright musical work "Canned Heat" is exploited on the following website: http://www.youtube.com/watch?v=NoDlwKhXm7Y.

38) FPM's copyright musical work "Cant Catch Me" is exploited on the following websites:
http://www.youtube.com/watch?v=aiJ_M67Nph0; http://www.youtube.com/watch?v=-bhm0IEKT9M; http://www.youtube.com/watch?v=D5iePR34GRI;
http://www.youtube.com/watch?v=dvMKJ422COQ;
http://www.youtube.com/watch?v=i6-VHqHlpPA;
http://www.youtube.com/watch?v=j6LEE4MqW28;
http://www.youtube.com/watch?v=KYDgqp09L-U;
http://www.youtube.com/watch?v=LAirymhF5to;
http://www.youtube.com/watch?v=LyyZIsUrM1Y;
http://www.youtube.com/watch?v=MvwkP0CVzZA;
http://www.youtube.com/watch?v=mYc4JV6EyUQ;
http://www.youtube.com/watch?v=PAILxVNsRLM;
http://www.youtube.com/watch?v=smp30d9qze4;
http://www.youtube.com/watch?v=TStEjiuFoNE;
http://www.youtube.com/watch?v=v4O5yVPBWJc;
http://www.youtube.com/watch?v=zpa0ZT3FX04;
http://www.youtube.com/watch?v=ZvSBeNSNTn8.

39) FPM's copyright musical work "Carry On" is exploited on the following websites:
http://www.youtube.com/watch?v=4Av64jUWZco;
http://www.youtube.com/watch?v=7tf5FC6CHrA;
http://www.youtube.com/watch?v=fCkw12NjlaM;
http://www.youtube.com/watch?v=FOwQcLQPv4o;
http://www.youtube.com/watch?v=GESYowvEJQI;
http://www.youtube.com/watch?v=gRveJ4zHUHA.

40) FPM's copyright musical work "Cast Away" is exploited on the following website:
http://www.youtube.com/watch?v=dO3SYuvO7q4.

41) FPM's copyright musical work "Celtic Highway" is exploited on the following website:
http://www.youtube.com/watch?v=GFniHUCHcWo.

42) FPM's copyright musical work "Challenge the Dream" is exploited on the following
website: http://www.youtube.com/watch?v=hcGLYtDIRlA.

43) FPM's copyright musical work "Chances" is exploited on the following websites:
http://www.youtube.com/watch?v=5Zh_EvtX0uc;
http://www.youtube.com/watch?v=Ji2dG2Rm9M8;
http://www.youtube.com/watch?v=LOgrTCisvxU;
http://www.youtube.com/watch?v=Xgg4RvNQ6Ks.

44) FPM's copyright musical work "Chili Stain" is exploited on the following website:
http://www.youtube.com/watch?v=3CPsoKEVfOY.

45) FPM's copyright musical work "China Goat" is exploited on the following websites:
http://www.youtube.com/watch?v=cICgj1SU1qQ;
http://www.youtube.com/watch?v=sIb80LLzu8c.

46) FPM's copyright musical work "Chrome" is exploited on the following website:
http://www.youtube.com/watch?v=8US6iUunmZo.

47) FPM's copyright musical work "City Skyline" is exploited on the following websites:
http://www.youtube.com/watch?v=714ph5eWTs0;
http://www.youtube.com/watch?v=A30vrJs1LCQ;
http://www.youtube.com/watch?v=ejlettGULZ0;
http://www.youtube.com/watch?v=ofArIP090wE;
http://www.youtube.com/watch?v=okWRedZhQJA.

48) FPM's copyright musical work "Clap Hop" is exploited on the following websites:
http://www.youtube.com/watch?v=a4TXMyAE40A;
http://www.youtube.com/watch?v=jth67FDhb1U.

49) FPM's copyright musical work "A Clearing" is exploited on the following websites:
http://www.youtube.com/watch?v=0GxwVznlLzg;
http://www.youtube.com/watch?v=im5Xe1BHsJs;
http://www.youtube.com/watch?v=LRZRlJe7vRE;
http://www.youtube.com/watch?v=xzKW3O4N_So.

50) FPM's copyright musical work "Clockwork" is exploited on the following website:
http://www.youtube.com/watch?v=leLlTvfE22k.

51) FPM's copyright musical work "Coliseum" is exploited on the following websites:
http://www.youtube.com/watch?v=_mRflKdh9Dg;
http://www.youtube.com/watch?v=0lJ9SIRTYR0;
http://www.youtube.com/watch?v=0WXbFCrdSCQ;
http://www.youtube.com/watch?v=1D1fPR-UiHk;
http://www.youtube.com/watch?v=2l10wKfFZ-E;
http://www.youtube.com/watch?v=2V4SvOjFHho;
http://www.youtube.com/watch?v=3h9kTut4zcg;
http://www.youtube.com/watch?v=3HtSymhdIxU;
http://www.youtube.com/watch?v=46c-GsaQHo8;
http://www.youtube.com/watch?v=485CNo-ewxk;
http://www.youtube.com/watch?v=4k826ZmjH2g;
http://www.youtube.com/watch?v=5HV5RpmUcB0;
http://www.youtube.com/watch?v=6yrrS97Yt4Q;
http://www.youtube.com/watch?v=71Awj_RWRhA;
http://www.youtube.com/watch?v=7M_tQHaZdzo;
http://www.youtube.com/watch?v=7TSbO8B4qHg;
http://www.youtube.com/watch?v=AE0nr6OndKE;
http://www.youtube.com/watch?v=AiqFh9Rocus;
http://www.youtube.com/watch?v=aMqnpA3Snfo;
http://www.youtube.com/watch?v=aOMlzreGbBc;
http://www.youtube.com/watch?v=auPnnEi2acI;
http://www.youtube.com/watch?v=b1a9pPg0KoQ;
http://www.youtube.com/watch?v=Bh7VYdZFjrA;

http://www.youtube.com/watch?v=BVfUZA31CLY;
http://www.youtube.com/watch?v=BVi_nqREG9o;
http://www.youtube.com/watch?v=cBgjISz6S-k;
http://www.youtube.com/watch?v=cSPkmResJh4;
http://www.youtube.com/watch?v=cz84iNH2dZ0;
http://www.youtube.com/watch?v=D73BCAA2iA0;
http://www.youtube.com/watch?v=dhVRk6cNWeQ;
http://www.youtube.com/watch?v=djgpWHBvN-I;
http://www.youtube.com/watch?v=DtJCKYVRZR4;
http://www.youtube.com/watch?v=e1oRk7R-ReM;
http://www.youtube.com/watch?v=eHNIMoh0rIs;
http://www.youtube.com/watch?v=eNytqatf-ks;
http://www.youtube.com/watch?v=f_9NirmgFwQ;
http://www.youtube.com/watch?v=F7GIQOZPy-c;
http://www.youtube.com/watch?v=FaJ-LzAng6A;
http://www.youtube.com/watch?v=FFPIQVE_ERk;
http://www.youtube.com/watch?v=Fp-eZ1Hq6J8;
http://www.youtube.com/watch?v=FpzQywvq418;
http://www.youtube.com/watch?v=FXflFpM9qNg;
http://www.youtube.com/watch?v=GcTPl-43gLg;
http://www.youtube.com/watch?v=hNSu4JMHDPI;
http://www.youtube.com/watch?v=HRLRgNBCSZM;
http://www.youtube.com/watch?v=Hs5RNaHkWXY;
http://www.youtube.com/watch?v=JBI_R_WpswI;
http://www.youtube.com/watch?v=KEzEMD2H79I;
http://www.youtube.com/watch?v=kHoN2jf1-f8;
http://www.youtube.com/watch?v=l5d-3G6Lmvc;
http://www.youtube.com/watch?v=lLKaIEecmFM;
http://www.youtube.com/watch?v=MhPXK-wl9V4;
http://www.youtube.com/watch?v=MOwC0Dww8yo;
http://www.youtube.com/watch?v=MtcSJxBnCn0;
http://www.youtube.com/watch?v=Mtjph8SItr4;
http://www.youtube.com/watch?v=MyCqGm1Yevs;
http://www.youtube.com/watch?v=N2Z4hqeuOPU;
http://www.youtube.com/watch?v=NaWJp1p4CjU;
http://www.youtube.com/watch?v=nb9WhfyZVJM;
http://www.youtube.com/watch?v=nfJB74dGn-k;
http://www.youtube.com/watch?v=NHZul3Csy-k;
http://www.youtube.com/watch?v=ODmFdLoe39s;
http://www.youtube.com/watch?v=oEHDjdMBB-k;
http://www.youtube.com/watch?v=OveDNv75E1Y;
http://www.youtube.com/watch?v=P1Xumx8maf4;
http://www.youtube.com/watch?v=pE6V5fccUOI;
http://www.youtube.com/watch?v=pMfFFl3Ur70;
http://www.youtube.com/watch?v=Qef4IaP414k;
http://www.youtube.com/watch?v=QwMiCrmS_6A;

http://www.youtube.com/watch?v=Rb-KKdEXR34;
http://www.youtube.com/watch?v=ReDNWNqOM4Y;
http://www.youtube.com/watch?v=rqJ9GYiD8DY;
http://www.youtube.com/watch?v=RyFKWfR3f6I;
http://www.youtube.com/watch?v=sFc1cq2-Rpg;
http://www.youtube.com/watch?v=sIcA5L8AjDw;
http://www.youtube.com/watch?v=SUz2PzjGT_c;
http://www.youtube.com/watch?v=tgWXeic6Bl8;
http://www.youtube.com/watch?v=TL1b-j_3w4A;
http://www.youtube.com/watch?v=UFSHcUSRgJo;
http://www.youtube.com/watch?v=uhRMYKW80p4;
http://www.youtube.com/watch?v=umwTsef2wz8;
http://www.youtube.com/watch?v=U-pKKshftdY;
http://www.youtube.com/watch?v=uUN0cLJDtds;
http://www.youtube.com/watch?v=vseHZMeEd8k;
http://www.youtube.com/watch?v=WaQMxOixigo;
http://www.youtube.com/watch?v=whPXPUyZlFI;
http://www.youtube.com/watch?v=Wiml6NJQTvg;
http://www.youtube.com/watch?v=WLL7B1jJycQ;
http://www.youtube.com/watch?v=wsSagxR83ak;
http://www.youtube.com/watch?v=WvyT7mh0_H8;
http://www.youtube.com/watch?v=x1XjuscNk6c;
http://www.youtube.com/watch?v=X3-eFpR2fgA;
http://www.youtube.com/watch?v=XHADMVi2WuQ;
http://www.youtube.com/watch?v=XZfSIKllrVY;
http://www.youtube.com/watch?v=Y7YcxBtVYFE;
http://www.youtube.com/watch?v=yKkR4M5QZaY;
http://www.youtube.com/watch?v=yrXAcEISrK4;
http://www.youtube.com/watch?v=YT9eYAu3aeo;
http://www.youtube.com/watch?v=yxx-MNT9lzU;
http://www.youtube.com/watch?v=z6MSGOP5m8c;
http://www.youtube.com/watch?v=zFMdKTwfX98;
http://www.youtube.com/watch?v=zzsGYbbMDAY;
https://www.youtube.com/watch?v=M5qLfJ-DfxU.

52) FPM's copyright musical work "Collide" is exploited on the following websites:
http://www.youtube.com/watch?v=e0gZUa4MZwo;
http://www.youtube.com/watch?v=LRZRlJe7vRE.

53) FPM's copyright musical work "Come On Over" is exploited on the following websites:
http://www.youtube.com/watch?v=eth_660qpv4;
http://www.youtube.com/watch?v=j4_mnkKHlYY;
http://www.youtube.com/watch?v=XSgqz1pfIIU.

54) FPM's copyright musical work "Corn Liquor" is exploited on the following websites:
http://www.youtube.com/watch?v=1Hbg12wn0Hw;
http://www.youtube.com/watch?v=dc5i3-voiZg; http://www.youtube.com/watch?v=D-

Ny8FTtg8k; http://www.youtube.com/watch?v=MVchuCesutc;
http://www.youtube.com/watch?v=tLGIq_jnH0k;
http://www.youtube.com/watch?v=wK-jRo5WecU;
http://www.youtube.com/watch?v=XSgqz1pfIIU.

55) FPM's copyright musical work "Countdown" is exploited on the following websites:
http://www.youtube.com/watch?v=leLlTvfE22k;
http://www.youtube.com/watch?v=XSgqz1pfIIU.

56) FPM's copyright musical work "Cruz Bay" is exploited on the following website:
http://www.youtube.com/watch?v=GWJzWPu1ojI.

57) FPM's copyright musical work "CrystalSky" is exploited on the following website:
http://www.youtube.com/watch?v=ZC8zXX723Ns.

58) FPM's copyright musical work "Danger At Hand" is exploited on the following
websites: http://www.youtube.com/watch?v=1AM6MZ1I7rk;
http://www.youtube.com/watch?v=3ZQhmGjkz8U; http://www.youtube.com/watch?v=-
7cqqHQr60Y; http://www.youtube.com/watch?v=9LiwJHCt3tU;
http://www.youtube.com/watch?v=aERFanDIBuA;
http://www.youtube.com/watch?v=aHAQr0BLEjo;
http://www.youtube.com/watch?v=ALul-Uuob0c;
http://www.youtube.com/watch?v=FtEhuLWAwaU;
http://www.youtube.com/watch?v=gkbzsOYJKHg;
http://www.youtube.com/watch?v=HCMlSZ_R3RI;
http://www.youtube.com/watch?v=lxP07dhXaQk;
http://www.youtube.com/watch?v=JJI5zdmJJZc;
http://www.youtube.com/watch?v=mBBbb-bRpEE;
http://www.youtube.com/watch?v=qZ1CgRAqx58;
http://www.youtube.com/watch?v=ucyhSSZIOYY;
http://www.youtube.com/watch?v=uq1D3tIMiss;
http://www.youtube.com/watch?v=X86HgSt3XE8;
http://www.youtube.com/watch?v=XiadAtgHpT4;
http://www.youtube.com/watch?v=yPzaTE8J5S4;
http://www.youtube.com/watch?v=YRLSNDYAy4s;
http://www.youtube.com/watch?v=znqBUIMlXks.

59) FPM's copyright musical work "Dark And Stormy" is exploited on the following
websites: http://www.youtube.com/watch?v=a4TXMyAE40A;
http://www.youtube.com/watch?v=w9T3UuGM5ew.

60) FPM's copyright musical work "Darkstar" is exploited on the following websites:
http://www.youtube.com/watch?v=2uV6l7I7NEc; http://www.youtube.com/watch?v=y-
h2PxIlGiA.

61) FPM's copyright musical work "Delta Fog" is exploited on the following website:
http://www.youtube.com/watch?v=IMKfgO5tkIc.

62) FPM's copyright musical work "Destiny" is exploited on the following website:
http://www.youtube.com/watch?v=ZC8zXX723Ns.

63) FPM's copyright musical work "Determined Tumbao" is exploited on the following
websites: http://www.youtube.com/watch?v=05Ozx3FCVsc;
http://www.youtube.com/watch?v=2gNFn1rolvI;
http://www.youtube.com/watch?v=BjZF1PN3Xok;
http://www.youtube.com/watch?v=Btd1R2xMWm8;
http://www.youtube.com/watch?v=CRZqp9wBywc;
http://www.youtube.com/watch?v=D761KaVhIrk;
http://www.youtube.com/watch?v=DDWNGwxumpE;
http://www.youtube.com/watch?v=eKXcy7Rh0Ms;
http://www.youtube.com/watch?v=evrJSszD60g;
http://www.youtube.com/watch?v=GcXlRCadX7M;
http://www.youtube.com/watch?v=ifk25oXHeAM;
http://www.youtube.com/watch?v=iWn7Ke_GfG4;
http://www.youtube.com/watch?v=mdCNDby_rjk;
http://www.youtube.com/watch?v=ONBC4yclNM4;
http://www.youtube.com/watch?v=qv9CccL-A3U;
http://www.youtube.com/watch?v=rBGOlkic9BA;
http://www.youtube.com/watch?v=ThnUYeJVlgE;
http://www.youtube.com/watch?v=v8Bcuk2U_2M;
http://www.youtube.com/watch?v=VXmdsLEn6x8;
http://www.youtube.com/watch?v=Xu6qhB1DSqc;
http://www.youtube.com/watch?v=YBFnk9vvCZg.

64) FPM's copyright musical work "Devil Ride" is exploited on the following websites:
http://www.youtube.com/watch?v=2geU5RqWXZk;
http://www.youtube.com/watch?v=agc1oBR7kl0;
http://www.youtube.com/watch?v=ddlEWpv8Iqs;
http://www.youtube.com/watch?v=e9s7aW1dNXg;
http://www.youtube.com/watch?v=FYF8qdCEuvQ;
http://www.youtube.com/watch?v=HDC_lLS9UqQ;
http://www.youtube.com/watch?v=M0i9JUdblvY;
http://www.youtube.com/watch?v=PZL2C7o4oVQ;
http://www.youtube.com/watch?v=Rs46SN9uhhQ;
http://www.youtube.com/watch?v=sdjeuI96kt0.

65) FPM's copyright musical work "Dixie Pickins" is exploited on the following website:
http://www.youtube.com/watch?v=RfowEYbkGWc.

66) FPM's copyright musical work "Down And Dirty" is exploited on the following
website: http://www.youtube.com/watch?v=rHex4Rm2nls.

67) FPM's copyright musical work "Downhill" is exploited on the following websites:
http://www.youtube.com/watch?v=_RSxwz_UQCM;
http://www.youtube.com/watch?v=_Yysk45iHXQ;

http://www.youtube.com/watch?v=29Sk4eZMDSI;
http://www.youtube.com/watch?v=2KiNqvy-bPo;
http://www.youtube.com/watch?v=3YzNllxYLwc;
http://www.youtube.com/watch?v=6C_F1Q_ndn8;
http://www.youtube.com/watch?v=6Ko4JQCuc64;
http://www.youtube.com/watch?v=dZpMdaFxxFk;
http://www.youtube.com/watch?v=Ec-s5Tiv808;
http://www.youtube.com/watch?v=EofsvkeJ-bw;
http://www.youtube.com/watch?v=FFORrkHXKEM;
http://www.youtube.com/watch?v=Gb-PsenlYu4;
http://www.youtube.com/watch?v=HPfBwev3SMM;
http://www.youtube.com/watch?v=I15O-UDo8UE;
http://www.youtube.com/watch?v=ITEufnbJBfk;
http://www.youtube.com/watch?v=jXf07XImP54;
http://www.youtube.com/watch?v=jyRvbYalYKQ;
http://www.youtube.com/watch?v=k5XUXUN5PJA;
http://www.youtube.com/watch?v=nFYz2Lli50c;
http://www.youtube.com/watch?v=nJbf5vvaFHI;
http://www.youtube.com/watch?v=PCEeCx6CkcM;
http://www.youtube.com/watch?v=pgmqhihVUdA;
http://www.youtube.com/watch?v=Q2wAH_Zyu_M;
http://www.youtube.com/watch?v=QU_DKhFdRno;
http://www.youtube.com/watch?v=QuRQj-KJs88;
http://www.youtube.com/watch?v=RfowEYbkGWc;
http://www.youtube.com/watch?v=rysgITrUu3Y;
http://www.youtube.com/watch?v=t71pobawlyQ;
http://www.youtube.com/watch?v=tfEp3S42j70;
http://www.youtube.com/watch?v=U3fGxhnB6eI;
http://www.youtube.com/watch?v=utVR54CMyl8;
http://www.youtube.com/watch?v=vqcK3NMz-xo;
http://www.youtube.com/watch?v=wo6eU0XrLf8;
http://www.youtube.com/watch?v=xbsIa1XpU0g;
http://www.youtube.com/watch?v=xqcg3rJUfP4;
http://www.youtube.com/watch?v=YqzOJq8i2Fs.

68) FPM's copyright musical work "Drones" is exploited on the following website:
http://www.youtube.com/watch?v=g54g1-wqs90.

69) FPM's copyright musical work "End Title Dream" is exploited on the following
website: http://www.youtube.com/watch?v=r76YQAdJpx0.

70) FPM's copyright musical work "Endless Motion" is exploited on the following
websites: http://www.youtube.com/watch?v=5ta_hoP3x6g;
http://www.youtube.com/watch?v=7MOc4l7Jl30;
http://www.youtube.com/watch?v=hcGLYtDIRlA;
http://www.youtube.com/watch?v=IGtYnnNpjog;

31

http://www.youtube.com/watch?v=Kimjoog4r9E;
http://www.youtube.com/watch?v=ZdEPlzRM51c.

71) FPM's copyright musical work "Endless Road" is exploited on the following websites:
http://www.youtube.com/watch?v=1Hbg12wn0Hw;
http://www.youtube.com/watch?v=jth67FDhb1U;
http://www.youtube.com/watch?v=VxNFlVn9u3A.

72) FPM's copyright musical work "Energy" is exploited on the following website:
http://www.youtube.com/watch?v=DDVz36KT8RI.

73) FPM's copyright musical work "Evil Deed" is exploited on the following websites:
http://www.youtube.com/watch?v=C78PVnlfmn0;
http://www.youtube.com/watch?v=Ei0bOmEuqQA;
http://www.youtube.com/watch?v=GZSKupdO_c4.

74) FPM's copyright musical work "Executive Decision" is exploited on the following
websites: http://www.youtube.com/watch?v=8JHkU8qV5vc;
http://www.youtube.com/watch?v=AFjHaqftASU;
http://www.youtube.com/watch?v=G5tGNm_00e8;
http://www.youtube.com/watch?v=IPF3FLyU9uE;
http://www.youtube.com/watch?v=xzKW3O4N_So;
http://www.youtube.com/watch?v=ZC8zXX723Ns.

75) FPM's copyright musical work "Face To Face" is exploited on the following website:
http://www.youtube.com/watch?v=NLlGIezxbeg.

76) FPM's copyright musical work "Far Away" is exploited on the following websites:
http://www.youtube.com/watch?v=ejlettGULZ0;
http://www.youtube.com/watch?v=WNepDqiM7Do.

77) FPM's copyright musical work "Far From Home" is exploited on the following
websites: http://www.youtube.com/watch?v=_sJezBkY5RA;
http://www.youtube.com/watch?v=b6H16ly2-PE.

78) FPM's copyright musical work "Fast Paced" is exploited on the following website:
http://www.youtube.com/watch?v=QJyPzqKXnS0.

79) FPM's copyright musical work "Fembot Caress" is exploited on the following websites:
http://www.youtube.com/watch?v=chVzFjDieqQ;
http://www.youtube.com/watch?v=ervgT4vMDFU;
http://www.youtube.com/watch?v=naEOLNgyuW8;
http://www.youtube.com/watch?v=Oz6NL-tLnLQ.

80) FPM's copyright musical work "For The Gold" is exploited on the following website:
http://www.youtube.com/watch?v=xzKW3O4N_So.

81) FPM's copyright musical work "For Whom The Bell Tolls" is exploited on the
following website: http://www.youtube.com/watch?v=C78PVnlfmn0.

82) FPM's copyright musical work "Forced Combat" is exploited on the following websites:
http://www.youtube.com/watch?v=_MHV88blt5Q;
http://www.youtube.com/watch?v=NLlGIezxbeg.

83) FPM's copyright musical work "Free Rider" is exploited on the following websites:
http://www.youtube.com/watch?v=_9uD1jPkujY;
http://www.youtube.com/watch?v=bMvuvLsmcIw;
http://www.youtube.com/watch?v=By4SZZM62_8;
http://www.youtube.com/watch?v=pdevQtX2WJY;
http://www.youtube.com/watch?v=RV1kxxqYm_M;
http://www.youtube.com/watch?v=s2937pdTP2I;
http://www.youtube.com/watch?v=uOZi41xaZaQ;
http://www.youtube.com/watch?v=xQjJSIQa6SA;
http://www.youtube.com/watch?v=yjzDLw36Nhc.

84) FPM's copyright musical work "Full Force" is exploited on the following websites:
http://www.youtube.com/watch?v=jth67FDhb1U;
http://www.youtube.com/watch?v=LOgrTCisvxU;
http://www.youtube.com/watch?v=VxNFlVn9u3A.

85) FPM's copyright musical work "Funky Peppers" is exploited on the following website:
http://www.youtube.com/watch?v=dO3SYuvO7q4.

86) FPM's copyright musical work "Get Them" is exploited on the following websites:
http://www.youtube.com/watch?v=1fY0c4FbEo8;
http://www.youtube.com/watch?v=3bWqr2F-IHs;
http://www.youtube.com/watch?v=BKd1Oo81Sp0;
http://www.youtube.com/watch?v=Ei0bOmEuqQA;
http://www.youtube.com/watch?v=JgYzTmpuc8I;
http://www.youtube.com/watch?v=P6Bfr5FaDno;
http://www.youtube.com/watch?v=WNepDqiM7Do.

87) FPM's copyright musical work "Global Connect" is exploited on the following
websites: http://www.youtube.com/watch?v=29Sk4eZMDSI;
http://www.youtube.com/watch?v=ddlEWpv8Iqs;
http://www.youtube.com/watch?v=Z5XdUQx3KKo.

88) FPM's copyright musical work "Got Ball" is exploited on the following website:
http://www.youtube.com/watch?v=ZC8zXX723Ns.

89) FPM's copyright musical work "Gotta Get It Right" is exploited on the following
websites: http://www.youtube.com/watch?v=dJYlkAjD8No;
http://www.youtube.com/watch?v=wDLnECUM24o.

33

90) FPM's copyright musical work "Grand New Day" is exploited on the following website:
http://www.youtube.com/watch?v=qbKgokJOSVA.

91) FPM's copyright musical work "Grunge Garage" is exploited on the following website:
http://www.youtube.com/watch?v=grlPHMtJRaE.

92) FPM's copyright musical work "Her Majesty" is exploited on the following websites:
http://www.youtube.com/watch?v=DERqvTZcBFE;
http://www.youtube.com/watch?v=GScM1keZwUk;
http://www.youtube.com/watch?v=iWn7Ke_GfG4;
http://www.youtube.com/watch?v=J9AzSsfhSzY;
http://www.youtube.com/watch?v=n8L9AgNDPl8;
http://www.youtube.com/watch?v=suSNDcVNNKk;
http://www.youtube.com/watch?v=uXAFz1hKpHg.

93) FPM's copyright musical work "Here With You" is exploited on the following website:
http://www.youtube.com/watch?v=L89L0laii-E.

94) FPM's copyright musical work "Heroes Salute" is exploited on the following websites:
http://www.youtube.com/watch?v=5MORRxcRJZI;
http://www.youtube.com/watch?v=9zANth-6vsI;
http://www.youtube.com/watch?v=agc1oBR7kl0;
http://www.youtube.com/watch?v=BjZF1PN3Xok;
http://www.youtube.com/watch?v=BsBIzYVS9vw;
http://www.youtube.com/watch?v=C1juYFNeYgc;
http://www.youtube.com/watch?v=e9s7aW1dNXg;
http://www.youtube.com/watch?v=np9aoMnO__A;
http://www.youtube.com/watch?v=OOPqdv21ckA;
http://www.youtube.com/watch?v=P6Bfr5FaDno;
http://www.youtube.com/watch?v=qv9CccL-A3U;
http://www.youtube.com/watch?v=ThnUYeJVlgE;
http://www.youtube.com/watch?v=UMPQl4fj30U;
http://www.youtube.com/watch?v=WNepDqiM7Do.

95) FPM's copyright musical work "Hide Luv Instrumental" is exploited on the following
websites: http://www.youtube.com/watch?v=2kIwFGNjo9E;
http://www.youtube.com/watch?v=a4TXMyAE40A;
http://www.youtube.com/watch?v=VgXHbMWRe_I.

96) FPM's copyright musical work "Holdin Back" is exploited on the following websites:
http://www.youtube.com/watch?v=E6QA2bEGUQ8;
http://www.youtube.com/watch?v=kV_1JADn260;
http://www.youtube.com/watch?v=nUoSuLH2mtY;
http://www.youtube.com/watch?v=OxtLlEJKvTE;
http://www.youtube.com/watch?v=PLgm3CtBq-A.

97) FPM's copyright musical work "Honky Shuffle" is exploited on the following websites: http://www.youtube.com/watch?v=7YYo0FYSjgc; http://www.youtube.com/watch?v=Mk3Y2oepy3k.

98) FPM's copyright musical work "Honky Tonk Hand" is exploited on the following websites: http://www.youtube.com/watch?v=2kIwFGNjo9E; http://www.youtube.com/watch?v=VxNFlVn9u3A.

99) FPM's copyright musical work "Hour Of Need" is exploited on the following website: http://www.youtube.com/watch?v=jQ8tKfqK5cg.

100)     FPM's copyright musical work "I Feel" is exploited on the following websites: http://www.youtube.com/watch?v=BB1stn6qwxM; http://www.youtube.com/watch?v=DVeAm0LrnGY; http://www.youtube.com/watch?v=hcGLYtDIRlA.

101)     FPM's copyright musical work "Ice Cake" is exploited on the following website: http://www.youtube.com/watch?v=C78PVnlfmn0.

102)     FPM's copyright musical work "If At First" is exploited on the following websites: http://www.youtube.com/watch?v=BgLM2f-m2Wc; http://www.youtube.com/watch?v=HnMGPPyH8jw; http://www.youtube.com/watch?v=NYb0qLiBQOI; http://www.youtube.com/watch?v=oNL-f8QONZk; http://www.youtube.com/watch?v=qia_7DU5lCU; http://www.youtube.com/watch?v=rcV4V8AmPt4.

103)     FPM's copyright musical work "In Tune Today" is exploited on the following website: http://www.youtube.com/watch?v=M_xmyRAKO8Q.

104)     FPM's copyright musical work "Infoscape" is exploited on the following websites: http://www.youtube.com/watch?v=CC91EvmuHqc; http://www.youtube.com/watch?v=JGhgPEtE6n8; http://www.youtube.com/watch?v=TrUlSYDX5gI.

105)     FPM's copyright musical work "Intrepid Traveler" is exploited on the following website: http://www.youtube.com/watch?v=vdwLvfk5D4Q.

106)     FPM's copyright musical work "Jubilee" is exploited on the following website: http://www.youtube.com/watch?v=KrtEicn_LHw.

107)     FPM's copyright musical work "Kentucky Vampires" is exploited on the following website: http://www.youtube.com/watch?v=j7i0EYGeQeo.

108)     FPM's copyright musical work "Knife Fight" is exploited on the following website: http://www.youtube.com/watch?v=D-Ny8FTtg8k.

109)     FPM's copyright musical work "Laid Back Groove" is exploited on the following website: http://www.youtube.com/watch?v=j7i0EYGeQeo.

110)     FPM's copyright musical work "Last Song Home" is exploited on the following websites: http://www.youtube.com/watch?v=C78PVnlfmn0; http://www.youtube.com/watch?v=Ji2dG2Rm9M8.

111)     FPM's copyright musical work "Last Train" is exploited on the following websites: http://www.youtube.com/watch?v=bKAJ33McE80; http://www.youtube.com/watch?v=BVi_nqREG9o; http://www.youtube.com/watch?v=eucBjOHzMZI; http://www.youtube.com/watch?v=Jb3-56N6AGc.

112)     FPM's copyright musical work "Legion" is exploited on the following websites: http://www.youtube.com/watch?v=1lmn-Wnbe-A; http://www.youtube.com/watch?v=20QiPIUR19k; http://www.youtube.com/watch?v=ki4IZTnCSX0; http://www.youtube.com/watch?v=r-9qe9LiN5M; http://www.youtube.com/watch?v=tLrbTCv0tsE; http://www.youtube.com/watch?v=W0_DgKDHhsM.

113)     FPM's copyright musical work "Little Big Horn" is exploited on the following websites: http://www.youtube.com/watch?v=EaVBzDGWOCg; http://www.youtube.com/watch?v=im5Xe1BHsJs; http://www.youtube.com/watch?v=iMKNrmUeWa8; http://www.youtube.com/watch?v=Ptdg1zDOEs0; http://www.youtube.com/watch?v=ySf1BikKgYY.

114)     FPM's copyrighted musical work "Los Feliz" is exploited on the following websites: http://www.youtube.com/watch?v=5Zh_EvtX0uc; http://www.youtube.com/watch?v=agc1oBR7kl0; http://www.youtube.com/watch?v=C78PVnlfmn0; http://www.youtube.com/watch?v=Ei0bOmEuqQA; http://www.youtube.com/watch?v=FOwQcLQPv4o; http://www.youtube.com/watch?v=gRveJ4zHUHA; http://www.youtube.com/watch?v=VxNFlVn9u3A.

115)     FPM's copyrighted musical work "Lost" is exploited on the following website: http://www.youtube.com/watch?v=jXf07XImP54.

116)     FPM's copyrighted musical work "Lucky Lu" is exploited on the following websites: http://www.youtube.com/watch?v=08PbsTXpve4; http://www.youtube.com/watch?v=0ipsQxCwDxE; http://www.youtube.com/watch?v=1Gc-NMYoh-Q; http://www.youtube.com/watch?v=33QSW4kklmc; http://www.youtube.com/watch?v=80kIvIqRwks; http://www.youtube.com/watch?v=9LtnRRqgI24; http://www.youtube.com/watch?v=9O6-pAYy970;

http://www.youtube.com/watch?v=edD7MGRtB-g;
http://www.youtube.com/watch?v=HJCYKhkLHTo;
http://www.youtube.com/watch?v=hpayE0_yikk;
http://www.youtube.com/watch?v=HQdC6dc59Vo;
http://www.youtube.com/watch?v=IXZ5NFtX-tU;
http://www.youtube.com/watch?v=lMjK9zgbQKc;
http://www.youtube.com/watch?v=lOmwNf-0ZxY;
http://www.youtube.com/watch?v=lSrSZjE81MI;
http://www.youtube.com/watch?v=mT4Vr-mECJI;
http://www.youtube.com/watch?v=NP05sw5uoVg;
http://www.youtube.com/watch?v=RGDgo8dtEvM;
http://www.youtube.com/watch?v=T19tjQiGCzo.

117)    FPM's copyrighted musical work "Mach 77" is exploited on the following websites: http://www.youtube.com/watch?v=5Zh_EvtX0uc;
http://www.youtube.com/watch?v=C78PVnlfmn0;
http://www.youtube.com/watch?v=LOgrTCisvxU.

118)    FPM's copyrighted musical work "Magnificent Seven" is exploited on the following websites: http://www.youtube.com/watch?v=9P5ezHx2JsI;
http://www.youtube.com/watch?v=j7i0EYGeQeo;
http://www.youtube.com/watch?v=Ux_z0oBPAPE.

119)    FPM's copyrighted musical work "Make It Betta" is exploited on the following websites: http://www.youtube.com/watch?v=2kIwFGNjo9E;
http://www.youtube.com/watch?v=NUs-PEfnMnQ;
http://www.youtube.com/watch?v=VgXHbMWRe_I.

120)    FPM's copyrighted musical work "Manchester Moon" is exploited on the following websites: http://www.youtube.com/watch?v=boBqbQ0mBHs;
http://www.youtube.com/watch?v=gRveJ4zHUHA;
http://www.youtube.com/watch?v=jEbsF8kZDwA;
http://www.youtube.com/watch?v=mbAaAUU0CQE;
http://www.youtube.com/watch?v=nw5pEKCdei4.

121)    FPM's copyrighted musical work "Mean Theme" is exploited on the following websites: http://www.youtube.com/watch?v=q1mX3wE7o7g;
http://www.youtube.com/watch?v=w9T3UuGM5ew.

122)    FPM's copyrighted musical work "Mine Today" is exploited on the following website: http://www.youtube.com/watch?v=tg5LZ23LbCc.

123)    FPM's copyrighted musical work "Mission 5-0" is exploited on the following websites: http://www.youtube.com/watch?v=1e-cuI58LW8;
http://www.youtube.com/watch?v=baUcrhKn65M;
http://www.youtube.com/watch?v=CQX_OnPoJcs;
http://www.youtube.com/watch?v=e007N0KP2LE;

http://www.youtube.com/watch?v=e9s7aW1dNXg;
http://www.youtube.com/watch?v=FkVOpMtn5Mc;
http://www.youtube.com/watch?v=Hf2VMKIgky0;
http://www.youtube.com/watch?v=HraPLwJAI40;
http://www.youtube.com/watch?v=mmxRvX391KY;
http://www.youtube.com/watch?v=No8apsUhpPY;
http://www.youtube.com/watch?v=o6sLp_cnGhc;
http://www.youtube.com/watch?v=OOPqdv21ckA;
http://www.youtube.com/watch?v=PZL2C7o4oVQ;
http://www.youtube.com/watch?v=Qa6Md9tRQqA;
http://www.youtube.com/watch?v=Rs46SN9uhhQ;
http://www.youtube.com/watch?v=RzvzsnR8mmI;
http://www.youtube.com/watch?v=sdjeuI96kt0;
http://www.youtube.com/watch?v=V9rMWQwEEG8;
http://www.youtube.com/watch?v=XH-sTyEg3dk;
http://www.youtube.com/watch?v=ZOSzEG8l4PY.

124)   FPM's copyrighted musical work "Moments Remembered" is exploited on the following websites: http://www.youtube.com/watch?v=drmZkMhYWm4;
http://www.youtube.com/watch?v=dv4Sc6wzODA;
http://www.youtube.com/watch?v=I2ERwtkRoO4;
http://www.youtube.com/watch?v=jEVQ3a6r1qw;
http://www.youtube.com/watch?v=rctgy1C0DDQ.

125)   FPM's copyrighted musical work "More And More" is exploited on the following websites: http://www.youtube.com/watch?v=1VWzgfT9Whc;
http://www.youtube.com/watch?v=wN-P21QpBww.

126)   FPM's copyrighted musical work "Morning On The Field" is exploited on the following website: http://www.youtube.com/watch?v=telQt1eBbWU.

127)   FPM's copyrighted musical work "Music Box" is exploited on the following websites: http://www.youtube.com/watch?v=FOwQcLQPv4o;
http://www.youtube.com/watch?v=OuWQxGJvVnU;
http://www.youtube.com/watch?v=POegwAZBNdw;
http://www.youtube.com/watch?v=xaI8yieGvrk.

128)   FPM's copyrighted musical work "Natural Beauty" is exploited on the following websites: http://www.youtube.com/watch?v=8G1OwbuLDZI;
http://www.youtube.com/watch?v=J9NHjdLmbw8;
http://www.youtube.com/watch?v=rcV4V8AmPt4;
http://www.youtube.com/watch?v=zoakgXCQGXM.

129)   FPM's copyrighted musical work "Need To Know" is exploited on the following websites: http://www.youtube.com/watch?v=_0l3vhdt-Iw;
http://www.youtube.com/watch?v=_6AenFUWkXk;
http://www.youtube.com/watch?v=_DosALF1w9c;

38

http://www.youtube.com/watch?v=_VuURtfVJHs;
http://www.youtube.com/watch?v=0iCDyeyz2cE;
http://www.youtube.com/watch?v=0wJNfl0hzhA;
http://www.youtube.com/watch?v=1o9JleWuFyw;
http://www.youtube.com/watch?v=2ocU6nPSN6I;
http://www.youtube.com/watch?v=2pgQd1XlAUY;
http://www.youtube.com/watch?v=2sE4jN8stEg;
http://www.youtube.com/watch?v=32IrJZOBIYk;
http://www.youtube.com/watch?v=39gIO8d_HRI;
http://www.youtube.com/watch?v=3Fs47_DB5YI;
http://www.youtube.com/watch?v=3RxbOBBulMU;
http://www.youtube.com/watch?v=45VoTQx0Aac;
http://www.youtube.com/watch?v=47s21etgtGU;
http://www.youtube.com/watch?v=4a7Xf945gX0;
http://www.youtube.com/watch?v=4ZTUGy1iL7w;
http://www.youtube.com/watch?v=56znJrZZOg8;
http://www.youtube.com/watch?v=5Gd2uNE50MA;
http://www.youtube.com/watch?v=5nhq_LI2gUc;
http://www.youtube.com/watch?v=5TmhZCLM4tk;
http://www.youtube.com/watch?v=6MNpCoZTBr8;
http://www.youtube.com/watch?v=72V25-jjobg;
http://www.youtube.com/watch?v=7kufbU76Kgc;
http://www.youtube.com/watch?v=7kYmTRaP6R4;
http://www.youtube.com/watch?v=7m3it6wFVzw;
http://www.youtube.com/watch?v=7sHB7bXA33o;
http://www.youtube.com/watch?v=8UCdbccJ3XU;
http://www.youtube.com/watch?v=9msVSWlCVnE;
http://www.youtube.com/watch?v=a6S2de8J-X4;
http://www.youtube.com/watch?v=AdycGEotzu8;
http://www.youtube.com/watch?v=aEyU1wrYvjk;
http://www.youtube.com/watch?v=azRLU9XkjSo;
http://www.youtube.com/watch?v=BBm2nD_Bvqs;
http://www.youtube.com/watch?v=bcs72atzhqs;
http://www.youtube.com/watch?v=bEukG6d6JJ4;
http://www.youtube.com/watch?v=Bl3kzBpSNBA;
http://www.youtube.com/watch?v=Cbd_VdVM2VQ;
http://www.youtube.com/watch?v=cchjTDsJL-I;
http://www.youtube.com/watch?v=cdKOE01ZP4M;
http://www.youtube.com/watch?v=CiRkIHd31AA;
http://www.youtube.com/watch?v=cwd4jRIReys;
http://www.youtube.com/watch?v=CXNYjCZ_Agk;
http://www.youtube.com/watch?v=e32xp91EaOw;
http://www.youtube.com/watch?v=EsD_OYdW4RM;
http://www.youtube.com/watch?v=EsUza4oJmR0;
http://www.youtube.com/watch?v=eUcst4tlf1c;
http://www.youtube.com/watch?v=FrgGekWPmRQ;

http://www.youtube.com/watch?v=ftjDmrual9M;
http://www.youtube.com/watch?v=FYt9fyRc5XQ;
http://www.youtube.com/watch?v=gJnyonRKF5Q;
http://www.youtube.com/watch?v=GQFaKHaZ3NE;
http://www.youtube.com/watch?v=GuHiSblfJwQ;
http://www.youtube.com/watch?v=hmfWiqCt0sE;
http://www.youtube.com/watch?v=hP3t5UaFvkA;
http://www.youtube.com/watch?v=HTkU5oW-mkg;
http://www.youtube.com/watch?v=I2VJ94L_wVE;
http://www.youtube.com/watch?v=i4z6xU5A8Pw;
http://www.youtube.com/watch?v=IiNwQb9YHWI;
http://www.youtube.com/watch?v=jBLD16aCTJ8;
http://www.youtube.com/watch?v=JfKacjFnDSw;
http://www.youtube.com/watch?v=Jr6nT8DHcc4;
http://www.youtube.com/watch?v=Kg4dhNezEzQ;
http://www.youtube.com/watch?v=kj-gLxcCW9w;
http://www.youtube.com/watch?v=l3IfSpPdmrA;
http://www.youtube.com/watch?v=LBQ6J3lTh5M;
http://www.youtube.com/watch?v=lE-0vxgpjTA;
http://www.youtube.com/watch?v=lFTg2SmPrIQ;
http://www.youtube.com/watch?v=LLgTj0wZEi4;
http://www.youtube.com/watch?v=LQIMnbJDXb8;
http://www.youtube.com/watch?v=lTsAvfi26DQ;
http://www.youtube.com/watch?v=m3enklU8UHw;
http://www.youtube.com/watch?v=MKsjLrAQ0Po;
http://www.youtube.com/watch?v=MNrLVgSjM04;
http://www.youtube.com/watch?v=MvkECkLuvg8;
http://www.youtube.com/watch?v=Mw_-HUYZP5k;
http://www.youtube.com/watch?v=N0Aw8f9HWbE;
http://www.youtube.com/watch?v=n2CiWGxoEYY;
http://www.youtube.com/watch?v=nAAsKzFCc0Q;
http://www.youtube.com/watch?v=nf3hy4G7Hxg;
http://www.youtube.com/watch?v=NjG4tSdRHfE;
http://www.youtube.com/watch?v=nJQpfySAaXs;
http://www.youtube.com/watch?v=NPWp1AZPZbQ;
http://www.youtube.com/watch?v=nwo4ffg6IzIl;
http://www.youtube.com/watch?v=O7bxz4J7d0U;
http://www.youtube.com/watch?v=OJ3jC67sqPQ;
http://www.youtube.com/watch?v=oPBe4YMO3Ig; http://www.youtube.com/watch?v=-p6-PIes2oM; http://www.youtube.com/watch?v=PGTfw5PUcgY;
http://www.youtube.com/watch?v=pT9HpxIlr-c;
http://www.youtube.com/watch?v=pTSabGdEvVU;
http://www.youtube.com/watch?v=q37A8qnkwAU;
http://www.youtube.com/watch?v=qtozgdHTse4;
http://www.youtube.com/watch?v=Qzv9WSN8Ys4;
http://www.youtube.com/watch?v=r2ciJPLGCQQ;

http://www.youtube.com/watch?v=rctgy1C0DDQ;
http://www.youtube.com/watch?v=rHvigsph__s;
http://www.youtube.com/watch?v=rPSgXGqvZN8;
http://www.youtube.com/watch?v=sGBjAiGrdlM;
http://www.youtube.com/watch?v=SK-Si49HS_w;
http://www.youtube.com/watch?v=ST-IfWqyoh4;
http://www.youtube.com/watch?v=T_b1YbCj3M4;
http://www.youtube.com/watch?v=T2zBM2S0eo8;
http://www.youtube.com/watch?v=t5bWeryXPrw;
http://www.youtube.com/watch?v=Tpp4SjrMexA;
http://www.youtube.com/watch?v=U0UTT12rUoI;
http://www.youtube.com/watch?v=Ubs8Cw21KuE;
http://www.youtube.com/watch?v=Ui0ujGDTpnM;
http://www.youtube.com/watch?v=uLIQUJM5Wuc;
http://www.youtube.com/watch?v=uPlkScOfClU;
http://www.youtube.com/watch?v=UuAIBEeGhT8;
http://www.youtube.com/watch?v=Uukt0FIAmjU;
http://www.youtube.com/watch?v=uWB_CfrgFuY;
http://www.youtube.com/watch?v=VK4bl3D35iU;
http://www.youtube.com/watch?v=Vlop5LOsueU;
http://www.youtube.com/watch?v=Vo3BeeycyNI;
http://www.youtube.com/watch?v=vQX4f1jirwY;
http://www.youtube.com/watch?v=vSlQ8f6li9Y;
http://www.youtube.com/watch?v=VtAiFvxgbsw; http://www.youtube.com/watch?v=-
vvH7cG1RzA; http://www.youtube.com/watch?v=vVhL8yGE2dg;
http://www.youtube.com/watch?v=VXqUOTRX_Uw;
http://www.youtube.com/watch?v=W98FE8EXXgY;
http://www.youtube.com/watch?v=wBz1PrGOPkg;
http://www.youtube.com/watch?v=WK68m8vvvQ8;
http://www.youtube.com/watch?v=WXWTHqURMdI;
http://www.youtube.com/watch?v=x4buiCFV81I;
http://www.youtube.com/watch?v=z1r05HZNLnY;
http://www.youtube.com/watch?v=z2rdMHr65Mk;
http://www.youtube.com/watch?v=Z7GAJWJaPAk;
http://www.youtube.com/watch?v=ZDBGoAPtg54; http://www.youtube.com/watch?v=-
zivVQ5FsIw; http://www.youtube.com/watch?v=zjcV75qKEXU;
http://www.youtube.com/watch?v=ZSSE7eR-Ubg.

130)    FPM's copyrighted musical work "Neptronic" is exploited on the following
website: http://www.youtube.com/watch?v=j7i0EYGeQeo.

131)    FPM's copyrighted musical work "Night Watch" is exploited on the following
website: http://www.youtube.com/watch?v=qbKgokJOSVA.

132)    FPM's copyrighted musical work "Northland Moors" is exploited on the
following websites: http://www.youtube.com/watch?v=u4Jd0A-bx1I;
http://www.youtube.com/watch?v=uQ90lpbs8yo.

133)     FPM's copyrighted musical work "Now Is The Time" is exploited on the
        following websites: http://www.youtube.com/watch?v=5Zh_EvtX0uc;
        http://www.youtube.com/watch?v=jth67FDhb1U;
        http://www.youtube.com/watch?v=LOgrTCisvxU;
        http://www.youtube.com/watch?v=VxNFlVn9u3A.

134)     FPM's copyrighted musical work "Numerator" is exploited on the following
        websites: http://www.youtube.com/watch?v=BPpEQvWzM78;
        http://www.youtube.com/watch?v=h60hgP43-_0;
        http://www.youtube.com/watch?v=K27K6f_3SnQ;
        http://www.youtube.com/watch?v=klSxM7FV29o;
        http://www.youtube.com/watch?v=OM8P3ncID9s;
        http://www.youtube.com/watch?v=vaBNJbQwTTE;
        http://www.youtube.com/watch?v=WDTBJxo8xAA.

135)     FPM's copyrighted musical work "Objective Combat" is exploited on the
        following website: http://www.youtube.com/watch?v=cfK_1fD5yiY.

136)     FPM's copyrighted musical work "Old School Party" is exploited on the
        following websites: http://www.youtube.com/watch?v=a4TXMyAE40A;
        http://www.youtube.com/watch?v=LOgrTCisvxU;
        http://www.youtube.com/watch?v=VxNFlVn9u3A.

137)     FPM's copyrighted musical work "On The Water" is exploited on the following
        websites: http://www.youtube.com/watch?v=3dqn1lVzLhQ;
        http://www.youtube.com/watch?v=BB1stn6qwxM;
        http://www.youtube.com/watch?v=in7aY_Q4qGs;
        http://www.youtube.com/watch?v=Z5XdUQx3KKo.

138)     FPM's copyrighted musical work "Open Forest" is exploited on the following
        websites: http://www.youtube.com/watch?v=3RjxGWqOkWo;
        http://www.youtube.com/watch?v=7yj2xYI42U0;
        http://www.youtube.com/watch?v=cQtFAsQ4diE;
        http://www.youtube.com/watch?v=MiKZYxPFfos.

139)     FPM's copyrighted musical work "Out Of My Mind" is exploited on the
        following website: http://www.youtube.com/watch?v=a4TXMyAE40A.

140)     FPM's copyrighted musical work "Outback Popstar" is exploited on the following
        websites: http://www.youtube.com/watch?v=_ksFMxL6BO0;
        http://www.youtube.com/watch?v=2kIwFGNjo9E;
        http://www.youtube.com/watch?v=2YaPyXBJgKE;
        http://www.youtube.com/watch?v=3OUR93NJibc;
        http://www.youtube.com/watch?v=5U4uv9T1iLk;
        http://www.youtube.com/watch?v=7tVc92gwNdM;
        http://www.youtube.com/watch?v=90Xxx7doxCc;
        http://www.youtube.com/watch?v=a4TXMyAE40A;

http://www.youtube.com/watch?v=bd27knCKGw0;
http://www.youtube.com/watch?v=C_OHSsE7qWQ;
http://www.youtube.com/watch?v=dAfVwv8fwh0;
http://www.youtube.com/watch?v=ew0155uKbfs;
http://www.youtube.com/watch?v=f7NYYS_pyt8;
http://www.youtube.com/watch?v=FNa6JAg4aNY;
http://www.youtube.com/watch?v=glKlYCkEMWM;
http://www.youtube.com/watch?v=HOdTQjHyTrA;
http://www.youtube.com/watch?v=Jb-wUgahd3M;
http://www.youtube.com/watch?v=OYkgeUGfmdM;
http://www.youtube.com/watch?v=oYt0kMUuIfU;
http://www.youtube.com/watch?v=phDrj9YLyPQ;
http://www.youtube.com/watch?v=S4r5xUK7zGY;
http://www.youtube.com/watch?v=tSW57kCXhLg;
http://www.youtube.com/watch?v=XAAKUuuFcEQ.

141)    FPM's copyrighted musical work "Over You" is exploited on the following
websites: http://www.youtube.com/watch?v=9mb3mbZc6D4;
http://www.youtube.com/watch?v=GLBhza8Xdcg.

142)    FPM's copyrighted musical work "Palms of LA" is exploited on the following
website: http://www.youtube.com/watch?v=feoT8AjXSgY.

143)    FPM's copyrighted musical work "Pop News" is exploited on the following
websites: http://www.youtube.com/watch?v=3QYIQJ1QkC8;
http://www.youtube.com/watch?v=dhl4IJAahcM;
http://www.youtube.com/watch?v=ggaZqZdQW0w;
http://www.youtube.com/watch?v=GkXo14Q-wuE;
http://www.youtube.com/watch?v=jQ5RSh2nNgE;
http://www.youtube.com/watch?v=jWi2WHqiFzo;
http://www.youtube.com/watch?v=jYGAjPrUwgA;
http://www.youtube.com/watch?v=l6mJaf91XAc;
http://www.youtube.com/watch?v=LJzvpI-bEio;
http://www.youtube.com/watch?v=MNb8UlDDnxo;
http://www.youtube.com/watch?v=QQujfbU17gI;
http://www.youtube.com/watch?v=stFooFIE4Qg;
http://www.youtube.com/watch?v=TlyNCS79aTM;
http://www.youtube.com/watch?v=Y0mGpaVZtmA;
http://www.youtube.com/watch?v=YEN4_Elwi9o;
http://www.youtube.com/watch?v=zDfBhQiD-NY.

144)    FPM's copyrighted musical work "Power Of One" is exploited on the following
websites: http://www.youtube.com/watch?v=3th8GYW2IMk;
http://www.youtube.com/watch?v=4Av64jUWZco;
http://www.youtube.com/watch?v=7wI6VHscanA;
http://www.youtube.com/watch?v=C78PVnlfmn0;
http://www.youtube.com/watch?v=cnVX1emn3SA;

http://www.youtube.com/watch?v=GCMVPsCSbdg;
http://www.youtube.com/watch?v=gRveJ4zHUHA;
http://www.youtube.com/watch?v=GScM1keZwUk;
http://www.youtube.com/watch?v=I1KdrZ8xSZA;
http://www.youtube.com/watch?v=ifk25oXHeAM;
http://www.youtube.com/watch?v=uRQSJRR7XcM;
http://www.youtube.com/watch?v=X0w7f_6VZfo;
http://www.youtube.com/watch?v=YbG5u6LsKsc;
http://www.youtube.com/watch?v=Z-k_OaB7ut8;
http://www.youtube.com/watch?v=zOxrVMvg-c4.

145)    FPM's copyrighted musical work "Power Theme" is exploited on the following
        websites: http://www.youtube.com/watch?v=0F73uez7qxk;
http://www.youtube.com/watch?v=1e-cuI58LW8;
http://www.youtube.com/watch?v=2AxUYmB1ezk;
http://www.youtube.com/watch?v=2geU5RqWXZk;
http://www.youtube.com/watch?v=3AoLuuB7GNc;
http://www.youtube.com/watch?v=3l0J6uf8IKo;
http://www.youtube.com/watch?v=3TTpwy4q5ks;
http://www.youtube.com/watch?v=466YiDKUrrc;
http://www.youtube.com/watch?v=4vWBpCGgXHM;
http://www.youtube.com/watch?v=8bkdfx2Mss4;
http://www.youtube.com/watch?v=9zANth-6vsI;
http://www.youtube.com/watch?v=agc1oBR7kl0;
http://www.youtube.com/watch?v=Btd1R2xMWm8;
http://www.youtube.com/watch?v=C4BxmI4OpYI;
http://www.youtube.com/watch?v=e007N0KP2LE;
http://www.youtube.com/watch?v=e9s7aW1dNXg;
http://www.youtube.com/watch?v=FlybTYKkyro;
http://www.youtube.com/watch?v=fNLiy8bdLmk;
http://www.youtube.com/watch?v=fw_VWXh1IGk;
http://www.youtube.com/watch?v=FYF8qdCEuvQ;
http://www.youtube.com/watch?v=h8zoasG8EsE;
http://www.youtube.com/watch?v=HDC_lLS9UqQ;
http://www.youtube.com/watch?v=Hf2VMKIgky0;
http://www.youtube.com/watch?v=HraPLwJAI40;
http://www.youtube.com/watch?v=ie40WbOq4k8;
http://www.youtube.com/watch?v=j1xBRlfpNyU;
http://www.youtube.com/watch?v=LPq71M2MRS8;
http://www.youtube.com/watch?v=M0i9JUdblvY; http://www.youtube.com/watch?v=-
NhcqXTJhTc; http://www.youtube.com/watch?v=o6sLp_cnGhc;
http://www.youtube.com/watch?v=ONBC4yclNM4;
http://www.youtube.com/watch?v=OOPqdv21ckA;
http://www.youtube.com/watch?v=PZL2C7o4oVQ;
http://www.youtube.com/watch?v=qh9vID7QwUM;
http://www.youtube.com/watch?v=sdjeuI96kt0;
http://www.youtube.com/watch?v=ThnUYeJVlgE;

http://www.youtube.com/watch?v=Ulu7-33gXR4;
http://www.youtube.com/watch?v=UMPQl4fj30U;
http://www.youtube.com/watch?v=Viau5tJy9Pk;
http://www.youtube.com/watch?v=VXmdsLEn6x8;
http://www.youtube.com/watch?v=wKQkZBOZ84I;
http://www.youtube.com/watch?v=XH-sTyEg3dk;
http://www.youtube.com/watch?v=yy6ceNXPlTo;
http://www.youtube.com/watch?v=zHivyUS6QNQ;
http://www.youtube.com/watch?v=ZOSzEG8l4PY.

146)    FPM's copyrighted musical work "Press" is exploited on the following websites:
http://www.youtube.com/watch?v=0melvPxo03Y;
http://www.youtube.com/watch?v=A-iA5TUzwPk;
http://www.youtube.com/watch?v=asq32y74Jjk; http://www.youtube.com/watch?v=-GmxoYRFB8k; http://www.youtube.com/watch?v=sHISSa4O2KY.

147)    FPM's copyrighted musical work "Prevailing Winds" is exploited on the following websites: http://www.youtube.com/watch?v=03TMbFqrZoI; http://www.youtube.com/watch?v=t4_aTmu-OTA.

148)    FPM's copyrighted musical work "Pride" is exploited on the following websites:
http://www.youtube.com/watch?v=0O4xQK_k0yw;
http://www.youtube.com/watch?v=ChChQml8s4g;
Http://www.youtube.com/watch?v=kYbhrzMiZ1I;
http://www.youtube.com/watch?v=s3i45UOYgHY;
http://www.youtube.com/watch?v=tt0H2iF4sHA;
http://www.youtube.com/watch?v=VxNFlVn9u3A.

149)    FPM's copyrighted musical work "Punk Party" is exploited on the following websites: http://www.youtube.com/watch?v=5ta_hoP3x6g;
http://www.youtube.com/watch?v=dsg8zUHAJgs.

150)    FPM's copyrighted musical work "Quiet Storm" is exploited on the following website: http://www.youtube.com/watch?v=Hg6bMW2yLj8.

151)    FPM's copyrighted musical work "Race To Action" is exploited on the following websites: http://www.youtube.com/watch?v=I1KdrZ8xSZA;
http://www.youtube.com/watch?v=lEzVCOs_WQY;
http://www.youtube.com/watch?v=Kb1OXXZ8-ZQ;
http://www.youtube.com/watch?v=kXRPlgEfHbY;
http://www.youtube.com/watch?v=NUs-PEfnMnQ;
http://www.youtube.com/watch?v=Qa07wh4eiGc;
http://www.youtube.com/watch?v=X0w7f_6VZfo.

152)    FPM's copyrighted musical work "Ready" is exploited on the following website:
http://www.youtube.com/watch?v=tU5K8YINH7A.

153)     FPM's copyrighted musical work "Red Mustang" is exploited on the following website: http://www.youtube.com/watch?v=lI4GR0tqzxM.

154)     FPM's copyrighted musical work "Resilient" is exploited on the following website: http://www.youtube.com/watch?v=OZf1Mfec9U8.

155)     FPM's copyrighted musical work "Retrospect" is exploited on the following website: http://www.youtube.com/watch?v=w0fQR4YOxsc.

156)     FPM's copyrighted musical work "Rock All Night" is exploited on the following websites: http://www.youtube.com/watch?v=nJbf5vvaFHI; http://www.youtube.com/watch?v=vqcK3NMz-xo; http://www.youtube.com/watch?v=xqcg3rJUfP4.

157)     FPM's copyrighted musical work "Rock It" is exploited on the following websites: http://www.youtube.com/watch?v=FOwQcLQPv4o; http://www.youtube.com/watch?v=gRveJ4zHUHA; http://www.youtube.com/watch?v=LUN6c0Xd5U8; http://www.youtube.com/watch?v=Qrh9BtqvnNg; http://www.youtube.com/watch?v=SFHeiaWnVWU.

158)     FPM's copyrighted musical work "Rocket" is exploited on the following website: http://www.youtube.com/watch?v=OZf1Mfec9U8.

159)     FPM's copyrighted musical work "Rockland" is exploited on the following website: http://www.youtube.com/watch?v=XDYvp7yUMWM.

160)     FPM's copyrighted musical work "Romantic Nights" is exploited on the following websites: http://www.youtube.com/watch?v=gRveJ4zHUHA; http://www.youtube.com/watch?v=w9T3UuGM5ew.

161)     FPM's copyrighted musical work "Rompin Reptiles" is exploited on the following website: http://www.youtube.com/watch?v=j7i0EYGeQeo.

162)     FPM's copyrighted musical work "Sad Lullaby" is exploited on the following websites: http://www.youtube.com/watch?v=IMKfgO5tkIc; http://www.youtube.com/watch?v=jth67FDhb1U; http://www.youtube.com/watch?v=T2zBM2S0eo8.

163)     FPM's copyrighted musical work "Sad Story" is exploited on the following websites: http://www.youtube.com/watch?v=Flj0Zo4H5pw; http://www.youtube.com/watch?v=g54g1-wqs90; http://www.youtube.com/watch?v=Gxaf7Iq7zQk; http://www.youtube.com/watch?v=zJLpwBR631w.

164)     FPM's copyrighted musical work "Scandal in The Club" is exploited on the following website: http://www.youtube.com/watch?v=j7i0EYGeQeo.

165) FPM's copyrighted musical work "Scavenger" is exploited on the following website: http://www.youtube.com/watch?v=_9VqYhJ7-3M.

166) FPM's copyrighted musical work "Silver" is exploited on the following website: http://www.youtube.com/watch?v=wK-jRo5WecU.

167) FPM's copyrighted musical work "Smooth Sunset" is exploited on the following website: http://www.youtube.com/watch?v=0wX_sxoo5Eg.

168) FPM's copyrighted musical work "Smoove Number" is exploited on the following websites: http://www.youtube.com/watch?v=0F73uez7qxk; http://www.youtube.com/watch?v=6cqmXDLzbb8; http://www.youtube.com/watch?v=aVfppJcmsbU; http://www.youtube.com/watch?v=Ulu7-33gXR4.

169) FPM's copyrighted musical work "Soul Thang" is exploited on the following website: http://www.youtube.com/watch?v=8US6iUunmZo.

170) FPM's copyrighted musical work "Spirit Electric" is exploited on the following website: http://www.youtube.com/watch?v=wK-jRo5WecU.

171) FPM's copyrighted musical work "Strike Eagle" is exploited on the following website: http://www.youtube.com/watch?v=nUoSuLH2mtY.

172) FPM's copyrighted musical work "Summer Dawn" is exploited on the following websites: http://www.youtube.com/watch?v=BgLM2f-m2Wc; http://www.youtube.com/watch?v=BRZ1q6EjD-o; http://www.youtube.com/watch?v=HJbbjlG5N2A; http://www.youtube.com/watch?v=lI4GR0tqzxM; http://www.youtube.com/watch?v=MiKZYxPFfos; http://www.youtube.com/watch?v=oNL-f8QONZk.

173) FPM's copyrighted musical work "Surf Avenue" is exploited on the following websites: http://www.youtube.com/watch?v=_UEuhpzqhBc; http://www.youtube.com/watch?v=FxgP-Mv1qzo.

174) FPM's copyrighted musical work "Surf Punk" is exploited on the following website: http://www.youtube.com/watch?v=dsg8zUHAJgs.

175) FPM's copyrighted musical work "Swing Cheese" is exploited on the following website: http://www.youtube.com/watch?v=2kIwFGNjo9E.

176) FPM's copyrighted musical work "Taylors Loves Tyler" is exploited on the following website: http://www.youtube.com/watch?v=GRGUrNVF5iA.

177) FPM's copyrighted musical work "Texan" is exploited on the following websites: http://www.youtube.com/watch?v=boBqbQ0mBHs; http://www.youtube.com/watch?v=Mk3Y2oepy3k.

178) FPM's copyrighted musical work "The Way I Feel" is exploited on the following websites: http://www.youtube.com/watch?v=GRGUrNVF5iA; http://www.youtube.com/watch?v=grlPHMtJRaE.

179) FPM's copyrighted musical work "Thrilla" is exploited on the following websites: http://www.youtube.com/watch?v=2bvLLKknCu4; http://www.youtube.com/watch?v=8_WAsZaPvKY; http://www.youtube.com/watch?v=FcbhNj6Fj2A; http://www.youtube.com/watch?v=i0W80WTe4nw; http://www.youtube.com/watch?v=j7ypkQXFSpc; http://www.youtube.com/watch?v=jQPvvOQVLs4; http://www.youtube.com/watch?v=KzRPbV8XRnw; http://www.youtube.com/watch?v=n83ppYPUu4A; http://www.youtube.com/watch?v=rtm51HJy6oY; http://www.youtube.com/watch?v=WU2sUpPl9PM; http://www.youtube.com/watch?v=YsUsA4EyAEM; http://www.youtube.com/watch?v=zbjtpdTxUS4.

180) FPM's copyrighted musical work "Ticker Shock" is exploited on the following websites: http://www.youtube.com/watch?v=FDD-G_lhEVA; http://www.youtube.com/watch?v=R0Xl1DWEdRg.

181) FPM's copyrighted musical work "To Win Your Heart" is exploited on the following websites: http://www.youtube.com/watch?v=LVJVGYpc76s; http://www.youtube.com/watch?v=qVmbfTv9qXw.

182) FPM's copyrighted musical work "Touchstone" is exploited on the following websites: http://www.youtube.com/watch?v=3uUSrxFkWXc; http://www.youtube.com/watch?v=eKXcy7Rh0Ms.

183) FPM's copyrighted musical work "Truce" is exploited on the following websites: http://www.youtube.com/watch?v=ghtMjRX9-tA; http://www.youtube.com/watch?v=ieyUeJSZz18.

184) FPM's copyrighted musical work "TV Star Tonight" is exploited on the following websites: http://www.youtube.com/watch?v=2U_2opTWVeA; http://www.youtube.com/watch?v=Y3RSV75JqXQ.

185) FPM's copyrighted musical work "Under" is exploited on the following website: http://www.youtube.com/watch?v=ciHMoRgQ70g.

186) FPM's copyrighted musical work "Uptown Blues" is exploited on the following website: http://www.youtube.com/watch?v=grlPHMtJRaE.

187) FPM's copyrighted musical work "Vertical Assault" is exploited on the following website: http://www.youtube.com/watch?v=QJyPzqKXnS0.

188)    FPM's copyrighted musical work "Weird Trip" is exploited on the following website: http://www.youtube.com/watch?v=myNUf7ehyWQ.

189)    FPM's copyrighted musical work "When U Were Gone" is exploited on the following websites: http://www.youtube.com/watch?v=_3aIDArsmMA;
http://www.youtube.com/watch?v=_k5E-HMBAe4;
http://www.youtube.com/watch?v=1XB4eiW1VDc;
http://www.youtube.com/watch?v=3zFc9h3GCVI;
http://www.youtube.com/watch?v=4roc39FtjEE;
http://www.youtube.com/watch?v=54GKWRYdSL8;
http://www.youtube.com/watch?v=5rmIfXtJh_c;
http://www.youtube.com/watch?v=9yYPMOoD4Gg;
http://www.youtube.com/watch?v=a0IPBQ-dejU;
http://www.youtube.com/watch?v=a8PL29masXs;
http://www.youtube.com/watch?v=Av0bVfZE3b0;
http://www.youtube.com/watch?v=BAWsfyeoU8g;
http://www.youtube.com/watch?v=Bf7005K0mkw;
http://www.youtube.com/watch?v=BmMRnxRsCGE;
http://www.youtube.com/watch?v=bv5Q1hmOgVM;
http://www.youtube.com/watch?v=C8WeT702gMQ;
http://www.youtube.com/watch?v=CyvRMWbdh7c;
http://www.youtube.com/watch?v=d_BGfhWDr6s;
http://www.youtube.com/watch?v=E4iWqJFmNZA;
http://www.youtube.com/watch?v=e5zyPBnymE0;
http://www.youtube.com/watch?v=FmbFJbHCY5o;
http://www.youtube.com/watch?v=FmepauIcu0k;
http://www.youtube.com/watch?v=GrJBi-LbtuA;
http://www.youtube.com/watch?v=J_sZJoydeTU;
http://www.youtube.com/watch?v=jm5z4YnmY0k;
http://www.youtube.com/watch?v=JOSuVS6pXCE;
http://www.youtube.com/watch?v=JowvUcSC8AM;
http://www.youtube.com/watch?v=JycyMACpU5c;
http://www.youtube.com/watch?v=kshSYwfkS2g;
http://www.youtube.com/watch?v=L2D2BtNjQ8I;
http://www.youtube.com/watch?v=L3ZlEB4jmZE;
http://www.youtube.com/watch?v=m_AcVyhogOI;
http://www.youtube.com/watch?v=My4si6i3UxA;
http://www.youtube.com/watch?v=n0pf1g4KaXA;
http://www.youtube.com/watch?v=N5asaYzg9is;
http://www.youtube.com/watch?v=N9Z_PODfdXg;
http://www.youtube.com/watch?v=n-RdJDqLpTk;
http://www.youtube.com/watch?v=pS6tLOh6wAs;
http://www.youtube.com/watch?v=qPbebAV0DNk;
http://www.youtube.com/watch?v=RLDmmhbhVew;
http://www.youtube.com/watch?v=sD_ZUkXP3ME;
http://www.youtube.com/watch?v=tjOCjCbt8CY;
http://www.youtube.com/watch?v=TmraJP1glT8;

http://www.youtube.com/watch?v=TnnVnukCAX4;
http://www.youtube.com/watch?v=U5pvchitwn4;
http://www.youtube.com/watch?v=Vc0iQJEW58g;
http://www.youtube.com/watch?v=wss6rM29rI0;
http://www.youtube.com/watch?v=xtZ-qU4o0js;
http://www.youtube.com/watch?v=zttV5rlHaN4;
http://www.youtube.com/watch?v=Zxu4gZvMEmU.

190) FPM's copyrighted musical work "Windy Day" is exploited on the following websites: http://www.youtube.com/watch?v=714ph5eWTs0; http://www.youtube.com/watch?v=ejlettGULZ0.

191) FPM's copyrighted musical work "Without" is exploited on the following website: http://www.youtube.com/watch?v=v-M0JmUb3K8.

192) FPM's copyrighted musical work "X-Dream" is exploited on the following websites: http://www.youtube.com/watch?v=3AoLuuB7GNc; http://www.youtube.com/watch?v=zHivyUS6QNQ.

193) FPM's copyrighted musical work "You Don't Know" is exploited on the following websites: http://www.youtube.com/watch?v=aH00m_aqM8Q; http://www.youtube.com/watch?v=Av_aIRS5UYA; http://www.youtube.com/watch?v=w_Ezw2UqqrY.

194) FPM's copyrighted musical work "Ysoul Joint" is exploited on the following websites: http://www.youtube.com/watch?v=Ji2dG2Rm9M8; http://www.youtube.com/watch?v=Xgg4RvNQ6Ks.

26. Upon information and belief, Defendant posted, or caused to be posted, the videos identified in paragraph 25.

27. Defendant did not receive a license to exploit FPM's Copyrighted Music in the manner set forth in paragraph 25.

28. Upon information and belief, Defendant copied and publicly performed FPM's Copyrighted Music through digital transmissions on the websites set forth in paragraph 25.

29. Upon information and belief, at all relevant times, Defendant maintained editorial control for content performed and/or copied on the websites set forth in paragraph 25.

30.     FPM hired TuneSat, LLC ("TuneSat"), an online audio fingerprint technology and recognition service.  TuneSat digitally detects music exploitation by searching across various platforms including hundreds of networks in countries around the world, including the United States, United Kingdom, Germany, France, Spain, and Italy.  TuneSat works for various large music publishers, and has a database of tens of millions of songs.

31.     TuneSat detected the use of FPM's music set forth in paragraph 25.

32.     TuneSat first wrote to Defendant on September 30, 2015 concerning the unauthorized use of FPM's music.

33.     After sending further correspondence, Defendant finally responded to TuneSat on January 16, 2016.  Although the Defendant and TuneSat had discussions over the course of the following two weeks, Defendant has ignored all of the correspondence from TuneSat since January 27, 2016.

## Count I:
## Copyright Infringement

34.     FPM incorporates the allegations set forth in paragraphs 1 through 33 hereof, inclusive, as though the same were set forth herein.

35.     This cause of action arises under 17 U.S.C. § 501.

36.     Each of the FPM Copyrights has been registered with the United States Copyright Office.

37.     FPM owns all exclusive rights under 17 U.S.C. § 106 to the FPM Copyrighted Music.

38.     Each of the musical works covered by the FPM Copyrights is an original work and constitutes copyrightable subject matter within the meaning of 17 U.S.C. § 102.

39.     FPM has never granted Defendant or otherwise authorized Defendant to exploit the musical works covered by the FPM Copyrights.

40.     Defendant's acts violate FPM's exclusive rights under 17 U.S.C. §106.

41.     Defendant's infringement of the FPM Copyrights is and has been willful, intentional, purposeful, and/or in disregard of FPM's rights.

42.     FPM is entitled to its damages and Defendant's profits from the alleged infringement, in an amount to be proven at trial.

43.     In the alternative, FPM is entitled to statutory damages, in an amount of up to $150,000 per infringed copyright.

## **PRAYER FOR RELIEF**

WHEREFORE, FPM respectfully prays for judgment against Defendant as follows:

(a)     for a ruling that Defendant has willfully infringed FPM's copyrights;

(b)     for injunctive relief prohibiting Defendant from exploiting the FPM Copyrighted Music;

(c)     for FPM's damages and, to the extent not duplicative, Defendant's profits attributable to the infringement;

(d)     in the alternative to actual damages, for statutory damages under 17 U.S.C. § 504(c), in an amount of up to $150,000 per work;

(e)     for FPM's costs of this action, including reasonable attorneys' fees under 17 U.S.C. § 505;

(f)     for prejudgment and post judgment interest; and

(g)     for such other and further relief as the Court deems proper and just.

## DEMAND FOR JURY TRIAL

FPM requests a trial by jury on all issues so triable.

Respectfully submitted,

**BAKER & HOSTETLER LLP**

**Dated:**  August 9, 2016
New York, New York

By:  */s/ Oren J. Warshavsky*
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Tatiana Markel
Email: tmarkel@bakerlaw.com
Peter B. Shapiro
Email: pshapiro@bakerlaw.com
Michelle Usitalo
Email: musitalo@bakerlaw.com
45 Rockefeller Plaza
New York, New York  10111
Telephone: (212) 589-4624
Facsimile: (212) 589-4201

*Attorneys for Plaintiff*