AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 1:16-cv-06310    DATE FILED 8/9/2016 | United States District Court for the Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 |
| PLAINTIFF<br>FREEPLAY MUSIC, LLC | DEFENDANT<br>SUN TV NETWORK LTD. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | *See attached Rider* | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Ruby J Krajick | (BY) DEPUTY CLERK<br>D. Gonzalez | DATE<br>8/10/2016 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**RIDER**

| Registration No. | Title of Work | Author or Work |
|---|---|---|
| SR 335-548 | Drama Vol. 1 | Freeplay Music LLC |
| SR 378-924 | Freeplay Music Corp. DVD #5 | Freeplay Music LLC |
| SR 337-196 | World Mix Vol. 3 | Freeplay Music LLC |
| SR 374-911 | Freeplay Music Corp. DVD #4 | Freeplay Music LLC |
| SR 336-918 | Sports Highlights Vol. 2 | Freeplay Music LLC |
| SR 374-845 | Freeplay Music Corp. DVD #2 | Freeplay Music LLC |
| SR 386-596 | Freeplay Music Corp. DVD #6 | Freeplay Music LLC |
| SR 335-719 | Pop Vol. 1 | Freeplay Music LLC |
| SR 633-494 | Freeplay Music CD #15 | Freeplay Music LLC |
| SR 333-618 | World Mix Vol. 4 | Freeplay Music LLC |
| SR 337-119 | Piano Solos Vol. 1 | Freeplay Music LLC |
| SR 633-492 | Freeplay Music LLC CD #12 | Freeplay Music LLC |
| SR 337-059 | Solo Instruments Vol. 1 | Freeplay Music LLC |
| SR 336-994 | Retail Vol. 1 | Freeplay Music LLC |
| SR 337-206 | World Mix Vol. 1 | Freeplay Music LLC |
| SR 337-144 | Hard Rock Vol. 1 | Freeplay Music LLC |
| SR 396-282 | Freeplay Music Corp. DVD #9 | Freeplay Music LLC |
| SR 335-926 | Victory Grand Vol. 1 | Freeplay Music LLC |
| SR 337-557 | Promos Vol. 1 | Freeplay Music LLC |
| SR 382-040 | Freeplay Music Corp. DVD #1 | Freeplay Music LLC |
| SR 333-651 | Alternative Rock Vol. 1 | Freeplay Music LLC |
| SR 335-537 | Sports Promo Vol. 1 | Freeplay Music LLC |

| RIDER (Cont.) | | |
|---|---|---|
| SR 336-919 | Broadcast Vol. 1 | Freeplay Music LLC |
| SR 362-469 | Just The Weather Vol. 1 | Freeplay Music LLC |
| SR 333-636 | Business & Finance Vol. 1 | Freeplay Music LLC |
| SR 333-631 | Motivational Vol. 1 | Freeplay Music LLC |
| SR 411-915 | Freeplay Music Corp. CD #10 | Freeplay Music LLC |
| SR 336-939 | Blues Vol. 1 | Freeplay Music LLC |
| SR 337-156 | Motivational Vol. 2 | Freeplay Music LLC |
| SR 374-912 | Freeplay Music Corp. DVD #3 | Freeplay Music LLC |
| SR 374-914 | Freeplay Music Corp. DVD #7 | Freeplay Music LLC |
| SR 333-635 | TV Themes Vol. 1 | Freeplay Music LLC |
| SR 374-913 | Freeplay Music Corp. DVD #8 | Freeplay Music LLC |
| SR 337-205 | Pop Vol. 2 | Freeplay Music LLC |
| SR 337-061 | Sports Themes Vol. 1 | Freeplay Music LLC |
| SR 337-057 | Country Vol. 1 | Freeplay Music LLC |
| SR 633-491 | Freeplay Music CD #13 | Freeplay Music LLC |
| SR 335-708 | World Mix Vol. 5 | Freeplay Music LLC |
| SR 335-543 | Sports Extreme Vol. 2 | Freeplay Music LLC |
| SR 337-144 | Hard Rock Vol. 1 | Freeplay Music LLC |
| SR 336-934 | Sports Extreme Vol. 1 | Freeplay Music LLC |
| SR 336-929 | Washingtonian Vol. 1 | Freeplay Music LLC |
| SR 633-487 | Freeplay Music CD #14 | Freeplay Music LLC |
| SR 335-613 | Just The News Vol. 1 | Freeplay Music LLC |
| SR 337-201 | Acid Jazz Vol 1 | Freeplay Music LLC |

| RIDER (Cont.) ||| 
|---|---|---|
| SR 406-235 | Freeplay Music Corp. CD #11 | Freeplay Music LLC |
| SR 337-221 | Sports Highlights Vol. 3 | Freeplay Music LLC |
| SR 335-879 | Promos Vol. 2 | Freeplay Music LLC |
| SR 337-200 | Beauty Shots Vol. 1 | Freeplay Music LLC |