AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| FREEPLAY MUSIC, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-cv-06310 |
| SUN TV NETWORK LTD. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF FREEPLAY MUSIC, LLC  .

Date: 08/10/2016

s/Michelle Usitalo
*Attorney's signature*

Michelle Usitalo, MK0608
*Printed name and bar number*

BakerHostetler
45 Rockefeller Plaza
New York, NY  10111

*Address*

musitalo@bakerlaw.com
*E-mail address*

(212) 589-4200
*Telephone number*

(212) 589-4201
*FAX number*