AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| FREEPLAY MUSIC, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-cv-06310 |
| SUN TV NETWORK LTD. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Freeplay Music, LLC   .

Date:   08/10/2016

s/Tatiana Markel
*Attorney's signature*

Tatiana Markel, TM0219
*Printed name and bar number*

BakerHostetler
45 Rockefeller Plaza
New York, NY  10111

*Address*

tmarkel@bakerlaw.com
*E-mail address*

(212) 589-4200
*Telephone number*

(212) 589-4201
*FAX number*