UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREEPLAY MUSIC, LLC,<br><br>                Plaintiff,<br><br>- against -<br><br>SUN TV NETWORK, LTD.,<br><br>                Defendant. | CASE NO. 1:16-cv-06310-ALC<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To:    The clerk of this court and all parties of record:

        I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Defendant Sun TV Network, Ltd.

Dated:  New York, New York
            January 19, 2017

                                                        */s/ Dale M. Cendali*
                                                        Dale M. Cendali
                                                        KIRKLAND & ELLIS LLP
                                                        601 Lexington Avenue
                                                        New York, New York 10022
                                                        Telephone: (212) 446-4800
                                                       Facsimile: (212) 446-4900
                                                        dale.cendali@kirkland.com

                                                       Attorney for Defendant